# AFFIDAVIT OF SILMA ESPINOSA

I, Silma Espinosa, being duly sworn, swear and affirm that:

1. I am over 21 years of age, am of sound mind, and have the capacity to make this Affidavit.
2. I have personal knowledge of the matters stated in this Affidavit.
3. I am the Plaintiff and a person with a disability. The disability is a mental impairment which requires an ESA for my emotional and social wellbeing.
4. I previously sought a housing opportunity with Tracy Creek Apartments in June 2021.
5. I sought housing with Tracy Creek Apartments because it was closer to work and met my and my partner's needs.
6. I was asked by a Tracy Creek Apartments employee if I had any pets. I informed the employee that my spouse and I both have ESAs, but they insisted that our ESA's were pets.
7. I previously worked for the Fair Housing Center and disclosed that I knew our ESAs were not pets.
8. In spite of that conversation, I asked the employee about making a reasonable accommodation request to have our ESAs at the apartment and waive any pet fees.
9. I was told by the Defendant's agent that pet fees may be waived if my physician completed Tracy Creek's disability verification form and sent it directly to Tracy Creek.
10. I was told by the Defendant's agent that they would only accept disability verification on their form and a letter from my therapist was unacceptable.
11. I told Tracy Creek that I had a verification letter from my therapist.

**12.** I was told by the Defendant's agent that Tracy Creek's policy was to get the physician's information from the applicant and work directly with the medical provider to receive the disability verification.

**13.** I was told by the Defendant's agent that the verification form from my therapist would not be accepted because it would not satisfy Tracy Creek's policy.

**14.** I was told by the Defendant's agent that their policy requires I use their company verification form and that they have direct communication with my physician. I decided I did not want to reside at Tracy Creek because their policy was so invasive.

**15.** However, I decided to request general information from the Defendant's agent during the call and requested a follow-up email. I did not receive a follow up email or communication.

**16.** As a result of my interaction with the employee, I decided not to apply for Tracy Creek because their statements and failure to follow up was so discouraging and their policy was more invasive than I anticipated. I ended up living further from work and having to pay utilities that were otherwise covered if I would have been able to rent at Tracy Creek.

**17.** On or around May 6, 2022, I filed a complaint of disability discrimination with the Ohio Civil Rights Commission.

**18.** On February 9, 2023, the Ohio Civil Rights Commission issued a Letter of Determination, finding that it was probable that Defendant engaged in an unlawful discriminatory practice against me in violation of Ohio Rev. Code § 4112 and Fair Housing Laws

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 15, 2024.

Silma Espinosa

**NOTARY ACKNOWLEDGMENT**

State of Ohio
County of Montgomery

I, Debra Thanasiu, hereby certify that Silma Espinosa, whose name is signed to the foregoing, and who is known to me, or satisfactorily proven to be the person whose name is subscribed to the within instrument and acknowledged that they executed the same for the purposes therein contained.

Print Name: Debra Thanasiu Commission Expires: 2/27/27

Signature: ______________________ [Affix seal]

Date: 8/15/2024

NOTARY PUBLIC

NOTARY PUBLIC STATE OF OHIO

DEBRA L THANASIU
Notary Public
State of Ohio
My Comm. Expires
February 27, 2027