**AFFIDAVIT OF CHRISTINA RODRIGUEZ**

I, Christina Rodriguez, being duly sworn, swear and affirm that:

1. I am over 21 years of age, am of sound mind, and have the capacity to make this Affidavit.
2. I have personal knowledge of the matters stated in this Affidavit.
3. I am an attorney working at Fair Housing Opportunities of Northwest Ohio, Inc dba The Fair Housing Center ("FHC"). The FHC has limited resources to carry out its work.
4. I routinely work on fair housing issues and have reviewed the *Espinosa v. Edward Rose* case and investigative file.
5. I was the Fair Housing Center's corporate representative for the deposition.
6. Tracy Creek is owned and managed by Defendant, Edward Rose.
7. Plaintiff Espinosa contacted The Fair Housing Center to seek guidance regarding their rights under the Fair Housing Laws.
8. The FHC did a thorough investigation which included researching the issue, reviewing documents, advising Plaintiff Espinosa of their rights, and conducting testing of properties owned or operated by Edward Rose.
9. The FHC's testing showed that Defendant Edward Rose's policy is to not consider reasonable accommodation requests for Emotional Support Animals (ESAs) until an application has completed, submitted, approved, and a lease has been signed for an apartment.
10. Testing also showed that Defendant's policy was to require a tenant or prospective tenant's physician to provide the Defendant's verification form directly to Defendant.

This invasive policy requires disabled applicants to provide their physician information to the Defendant before an accommodation request will be considered.

**11.** Testing uncovered a consistent pattern of violations of the Fair Housing Laws by Defendant's discriminatory conduct when responding to reasonable and necessary accommodation requests.

**12.** On or around May 6, 2022, Plaintiff, The Fair Housing Center, along with Plaintiff Espinosa, filed an administrative complaint with the Ohio Civil Rights Commission ("OCRC") for its diversion of resources and frustration of mission.

**13.** The FHC's work on this matter diverted a significant amount of FHC resources and resulted in delays on other projects and open case files. In sum, Edward Rose's discriminatory treatment is costly and frustrates the mission of the FHC. Resources that could have been utilized elsewhere were diverted to investigating Edward Rose, advising and counseling Plaintiff Espinosa, and engaging in testing.

**14.** On February 9, 2023, the OCRC issued a Letter of Determination, finding that it was probable that Defendant engaged in an unlawful discriminatory practice in violation of Ohio Rev. Code§ 4112.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on August 15, 2024.

Christina Rodriguez

**NOTARY ACKNOWLEDGMENT**

State of Ohio
County of Montgomery

I, Jennifer Collins hereby certify that Christina Rodriguez, whose name is signed to the foregoing, and who is known to me, or satisfactorily proven to be the person whose name is subscribed to the within instrument and acknowledged that they executed the same for the purposes therein contained.

Print Name: Jennifer Collins Commission Expires: 8/12/26

Signature: ____________ [Affix seal]

Date: 8/15/24

NOTARY PUBLIC

NOTARY PUBLIC STATE OF OHIO

JENNIFER COLLINS
Notary Public
State of Ohio
My Comm. Expires
August 12, 2026