Plaintiffs' Exhibit #3
Charges of Discrimination

# Ohio Civil Rights Commission Housing Discrimination Charge

| | | | | |
|---|---|---|---|---|
| **OCRC Use Only**<br>OCRC Number: TOLH2(41469)05112022 | | HUD Number: | | |
| Name of person or organization alleging harm:<br>The Fair Housing Center | | Home Phone Number:<br>(419) 243-6163 Ext.118 | Alternate Phone Number:<br>(419) 243-6163 Ext.115 | |
| Street Address<br>326 N. Erie St. | City<br>Toledo | State<br>OH | Zip<br>43604 | County<br>Lucas |
| Email address:<br>ChristinaR@toledofhc.org; GThomas@toledofhc.org | | | | |
| Against whom is this charge being filed?<br>Edward Rose Development Company LLC (owners of Tracy Creek Apts.) | | | Phone Number<br>(844) 308-0595 | |
| Street Address<br>6101 Newport Rd. P.O. Box 3015 | City<br>Kalamazoo | State<br>MI | Zip<br>49003 | County<br>Kalamazoo |

Check the applicable box or boxes which describe(s) whom the charge is being filed against:
☒ Owner ☒ Manager ☐ Salesperson ☐ Bank or other Lender ☐ Broker ☐ Other ____________

If you named an individual above who appeared to be acting for a company in this case, write the name and address of the company below.

RECEIVED
MAY 11 2022

Name: ____________________

Address: ____________________

____________________

Name and identify others (if any) you believe violated the law in this case:

____________________

____________________

3a. What is the address of the house or property? (street, city, county, state and zip code):
29181 Tracy Creek Dr., Perrysburg, OH 43551

3b. Does the owner live at this address? ☐ Yes ☒ No ☐ Unknown

4. What kind of house or property was involved?
☐ Single-Family house ☐ A house or building for 2, 3, or 4 families ☒ A building for 5 families or more
☐ Other, including vacant land held for residential use (explain):

____________________

5a. Is this house or property being sold? ☐ Yes ☒ No ☐ Unknown

5b. Is the house or property being rented? ☒ Yes ☐ No ☐ Unknown

TOLH2(41469)05112022

6. Do you believe you were discriminated against because of your: (Check all that apply.)
☐ Race ☐ Color ☐ Sex ☑ Disability ☐ National Origin ☐ Ancestry ☐ Religion
☐ Military Status ☐ Familial Status ☐ Marital Status (mortgage credit only) ☐ Retaliation

7. When did the act(s) of discrimination occur? (Include the most recent date if several dates are involved.)
October 2021 - ongoing

8. What did the person you are complaining against do? (Check all that apply.)
- ☐ Refuse to rent, sell, or deal with you
- ☐ Falsely deny housing was available
- ☑ Discriminate in the terms and conditions in the sale, rental, occupancy, or in services or facilities
- ☑ Deny a reasonable accommodation
- ☐ Deny a reasonable modification
- ☐ Advertise in a discriminatory way
- ☐ Threaten, intimidate, interfere, harass, or coerce you to keep you from the full benefit of the State or Federal Fair Housing Law
- ☐ Discriminate in financing
- ☐ Engage in blockbusting
- ☐ Engage in steering
- ☐ Other ______

RECEIVED
MAY 11 2022

9. Please write a concise summary of what happened that you believe is an act of discrimination:

The Fair Housing Center (TFHC) is a civil rights org. dedicated to eliminating of housing discrimination. TFHC opened a case for a bona fide complainant who was deterred from applying for housing at Tracy Creek because they could not make a reasonable accommodation (RA) request to have thier Emotional Support Animal (ESA) until after they applied for and were approved for a unit there and because they were told they had to have verification faxed from their Doctor's office, although a Therapist recommended their ESA. TFHC conducted testing to gather more infomatiom about Tracy Creek's policies regarding RA requests for ESAs. TFHC's testing showed that Tracy Creek's RA policy is that requests for ESAs are not considered until an applicant has applied for, been approved for, and signed a lease for an apartment. It is also the policy of Tracy Creek to request verification be provided directly from a doctor to management. This policy is more restrictive that the FHAA's requirements to make a RA request, under which the RA request can be made at any time during the process with verification from a qualified 3rd party. This policy is discriminatory because it deters people with disabilities from applying for and accessing housing at Tracy Creek. This discriminatory and restrictive RA policy has caused TFHC to divert resources to this investigation and has frustrated the mission of TFHC.

I declare under penalty of perjury that the foregoing is true and correct.

Signature: [signature] on behalf of The Fair Housing Center Date: 5/6/2022

Sworn and subscribed before me on this 6th day of May, 22

[signature]
Ohio Civil Rights Commission Representative or Notary

NOTARIAL SEAL — STATE OF OHIO
CHRISTINA MARIE RODRIGUEZ
Notary Public, State of Ohio
My Commission Has No Expiration
Section 147.03 O.R.C.

# Ohio Civil Rights Commission Housing Discrimination Charge

| | | | | |
|---|---|---|---|---|
| **OCRC Use Only**<br>OCRC Number: TOLH2(41468)05112022 | | HUD Number: | | |
| Name of person or organization alleging harm:<br>Silma Espinosa (they/them) | | Home Phone Number:<br>(419) 386-7314 | Alternate Phone Number:<br>(419) 243-6163 Ext. 118 | |
| Street Address<br>26777 Lakevue Dr. | City<br>Perrysburg | State<br>OH | Zip<br>43551 | County<br>Lucas |
| Email address:<br>silma.espinosa@gmail.com; ChristinaR@toledofhc.org | | | | |
| Against whom is this charge being filed?<br>Edward Rose Development Company LLC (owners of Tracy Creek Apts.) | | | Phone Number<br>(844) 810-4127 | |
| Street Address<br>6101 Newport Rd. P.O. Box 3015 | City<br>Kalamazoo | State<br>MI | Zip<br>49003 | County<br>Kalamazoo |

Check the applicable box or boxes which describe(s) whom the charge is being filed against:
☑ Owner ☑ Manager ☐ Salesperson ☐ Bank or other Lender ☐ Broker ☐ Other ____________________

If you named an individual above who appeared to be acting for a company in this case, write the name and address of the company below.

Name: ____________________

Address: ____________________

____________________

RECEIVED
MAY 11 2022

Name and identify others (if any) you believe violated the law in this case:

____________________

____________________

3a. What is the address of the house or property? (street, city, county, state and zip code):
29181 Tracy Creek Dr., Perrysburg, OH 43551

3b. Does the owner live at this address? ☐ Yes ☑ No ☐ Unknown

4. What kind of house or property was involved?
☐ Single-Family house ☐ A house or building for 2, 3, or 4 families ☑ A building for 5 families or more
☐ Other, including vacant land held for residential use (explain):

____________________

5a. Is this house or property being sold? ☐ Yes ☑ No ☐ Unknown

5b. Is the house or property being rented? ☑ Yes ☐ No ☐ Unknown

**TOLH2(41468)05112022**

6. Do you believe you were discriminated against because of your: (Check all that apply.)
   - ☐ Race ☐ Color ☐ Sex ☒ Disability ☐ National Origin ☐ Ancestry ☐ Religion
   - ☐ Military Status ☐ Familial Status ☐ Marital Status (mortgage credit only) ☐ Retaliation

7. When did the act(s) of discrimination occur? (Include the most recent date if several dates are involved.)

   October 2021 - ongoing

8. What did the person you are complaining against do? (Check all that apply.)
   - ☐ Refuse to rent, sell, or deal with you
   - ☐ Falsely deny housing was available
   - ☒ Discriminate in the terms and conditions in the sale, rental, occupancy, or in services or facilities
   - ☒ Deny a reasonable accommodation
   - ☐ Deny a reasonable modification
   - ☐ Advertise in a discriminatory way
   - ☐ Threaten, intimidate, interfere, harass, or coerce you to keep you from the full benefit of the State or Federal Fair Housing Law
   - ☐ Discriminate in financing
   - ☐ Engage in blockbusting
   - ☐ Engage in steering
   - ☐ Other ____________________

RECEIVED
MAY 11 2022

9. Please write a concise summary of what happened that you believe is an act of discrimination:

In October 2021 my partner and I were looking for a new apartment. I called Tracy Creek Apartments to ask about vacancies. The property manager asked me if I had any pets. I stated that my partner and I each have an emotional support animal (ESA). The property manager said "well, that's basically a pet". I asked about making a reasonable accommodation (RA) request for the ESAs to waive any pet fees. The manager stated that the pet fees would be waived if I provided Tracy Creek's verification form to my Physician and my Physician faxed it back to Tracy Creek. I explained that my partner and I already had verification letters, mine is from a therapist. The property manager insisted the physician's verification on the form she would provide had to be faxed from the physician. I contacted The Fair Housing Center and they conducted testing. Testing showed that Tracy Creek's policy is that RA requests for ESAs/ Assistance Animals are not considered until an applicant has applied for, been approved for, and signed a lease for an apartment. It is also the policy of Tracy Creek to request verification be provided directly from a doctor to management. This policy is more restrictive that the FHAA's requirements to make a RA request, under which the request can be made at any time during the process with verification from a qualified 3rd party. This policy deters people with disabilities from accessing housing at Tracy Creek.

I declare under penalty of perjury that the foregoing is true and correct.

Signature: [signature] Date: 5/6/22

Sworn and subscribed before me on this 6th day of May, 22

[signature]

Ohio Civil Rights Commission Representative or Notary

NOTARIAL SEAL — STATE OF OHIO

CHRISTINA MARIE RODRIGUEZ
Notary Public, State of Ohio
My Commission Has No Expiration
Section 147.03 O.R.C.

May 6, 2022

RECEIVED
MAY 11 2022

Ohio Civil Rights Commission
One Government Center
Jackson & Erie Streets, Room 936
Toledo, OH 43604

To Whom It May Concern:

I am filing a complaint of housing discrimination based on disability with the Ohio Civil Rights Commission against Edward Rose & Sons, the owners and managers of Tracy Creek Apartments, for a discriminatory reasonable accommodation policy the denial of my reasonable accommodation request.

I have asked The Fair Housing Center to assist me with my complaint.

I would like The Fair Housing Center to continue to monitor this charge. Please send all correspondence regarding this case to the Fair Housing center and to me.

Sincerely,

Silma Espinosa (They/Them)

5/6/22
Date

the
FAIR HOUSING
center

326 N. Erie St.
Toledo, OH 43604-1416
Phone: 419/243-6163
Fax: 419/243-3536
toledofhc.org

**Officers**

Patty Wise
*Chair*

Cheryl Slack
*Vice Chair*

Juanita Greene
*Treasurer*

Thomas E. Luettke, Esq.
*Secretary*

**Directors**
Denise Alvarado
Alan Bannister
Charmaine Brown
Marc Folk
Keith B. Jordan, Sr.
Alan Sattler
Cherie Sears
Tony Totty
Ernest Walker, Jr.
Mary-Thom Williams

*Creating Inclusive Communities Of Opportunity*

May 6, 2022

RECEIVED
MAY 11 2022

Ohio Civil Rights Commission
One Government Center
Jackson & Erie Streets, Room 936

To Whom It May Concern:

My client, Silma Espinosa (they/them), is a person with disabilities as defined under The Fair Housing Act Amendment. My client is alleging Edward Rose and Sons, the owners and managers of Tracy Creek Apartments, has discriminated against them based on their disabilities by denying their reasonable accommodation request for an assistance animal and by having a discriminatory reasonable accommodation policy that deters person with disabilities from being able to access housing at Tracy Creek. I am assisting them with this charge and ask that you contact The Fair Housing Center with any correspondence regarding Silma Espinosa's charge.

I request that you conduct a complete and thorough investigation of this complaint and take appropriate action to remedy the situation.

If this office can be of further assistance, please do not hesitate to contact me.

Sincerely,

Christina M Rodriguez Esq.

**Christina M. Rodriguez, Esq.**
Senior Staff Attorney
The Fair Housing Center
419-243-6163 Ext. 118
ChristinaR@toledofhc.org