**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

FAIR HOUSING OPPORTUNITIES OF NORTHWEST OHIO, INC.

and

SILMA ESPINOSA,

Plaintiffs,

v.

EDWARD ROSE DEVELOPMENT COMPANY, LLC,

Defendant.

Case No. 3:23-cv-01297-JJH
Hon. Jeffrey J. Helmick

---

**INDEX OF EXHIBITS**
**TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

| | |
|---|---|
| Ex. A | Jennifer Creek Declaration |
| Ex. B | Statement of Rental Policy |
| Ex. C | Fair Housing Policy |
| Ex. D | Fair Housing Module – Reasonable Accommodation |
| Ex. E | Fair Housing Procedure |
| Ex. F | ESA Verification Form |
| Ex. G | Sample ESA Approval |
| Ex. H | Silma Espinosa Deposition Transcript Excerpts |
| Ex. I | Emahiser Letter re S. Espinosa |
| Ex. J | S. Espinosa's Response to Request for Admissions |
| Ex. K | S. Espinosa Guest Card Activity Detail |
| Ex. L | Tracy Creek Application Excerpt |

| | |
|---|---|
| Ex. M | M. Bick's Correspondence with S. Espinosa |
| Ex. N | First Pair Testing Instructions |
| Ex. O | Composite Second Pair Testing Instructions |
| Ex. P | Composite Third Pair Testing Instructions |
| Ex. Q | Test 2(a) Audio Recording |
| Ex. R | Christina Rodriguez Deposition Transcript Excerpts |
| Ex. S | Test 3(a) Audio Recording |