# EXHIBIT E

FAIR HOUSING

This material is designed to provide general information regarding fair housing law. Fair housing law and company policy require that nondiscriminatory treatment be given to all residents and prospective residents. Contact the Property Director at the Kalamazoo Office for answers to specific questions or topics not covered in this material.

*A. PROTECTED CLASSES UNDER FEDERAL LAW*

The Civil Rights Act of 1866, the Civil Rights Act of 1968 and the 1988 Fair Housing Act make it illegal to discriminate in the sale, rental and financing of a dwelling based on race, color, religion, sex, national origin, family status or disability.

*B. STATE AND LOCAL LAWS*

In addition to federal law, many states and local municipalities have passed housing ordinances. These ordinances may add additional protected classes such as age, height, weight, marital status, source of income, sexual orientation or political orientation.

*C. NATIONAL ORIGIN*

Fair housing law prohibits housing discrimination based on national origin. Even though a prospect or resident may not be a U.S. citizen, he/she is still entitled to nondiscriminatory treatment under the law. These individuals must be approved for occupancy based on the same criteria established for all prospects.

*D. FAMILIAL STATUS*

A family is defined as one or more children under the age of 18 living with either:

- A parent
- A person who has legal custody of a child or children
- The designee of the parent or legal custodian with the parent or custodian's written permission

Familial status protection also applies to pregnant women and anyone securing legal custody of a child under the age of 18.

However, the following are excluded from the familial status provision:

- A property that is specifically designed for and occupied by elderly persons under a federal, state or local government program
- A property where all residents are over the age of 62
- A property where at least one person in each apartment is over the age of 55 in at least 80% of the occupied units

## *E. DISABILITY*

There are numerous federal, state and local laws that protect the rights of individuals with disabilities. In fact, every jurisdiction in America may create its own disability rights laws. However, since the primary focus of this section will revolve around housing-related disability issues, only two laws – the Fair Housing Act and Title III of the Americans with Disabilities Act, will be discussed. As a protected class, people with disabilities are unique because they are the only minority that can be discriminated against solely by the design of the built environment. The Fair Housing Act and the Americans with Disabilities Act remedy that in part by establishing design requirements for apartments and rental offices which make the property accessible to people with disabilities.

### *1. Definition of a Disability*

According to fair housing law, a person is considered disabled if he/she:

- Has a physical or mental impairment that substantially limits one or more major life activity
- Has a record of such a disability
- Is regarded as having such a disability

Examples of major life functions include such activities as one's ability to care for oneself, performing manual tasks, walking, seeing, hearing, speaking, breathing, learning or working. It also includes diseases such as chronic alcoholism, mental illness, AIDS and intellectual disability. However, housing need not be made available to a person who is a direct threat to the health or safety of others, or who currently uses illegal drugs. We provide reasonable accommodations and permit reasonable modifications for individuals with disabilities.

### *2. Coverage*

The Americans with Disabilities Act (ADA) covers places of public accommodation. Public accommodations are facilities within businesses and nonprofit service providers that are open to the public. With regard to housing, the ADA covers public accommodations associated with housing but not housing itself. This means that the rental offices, parking that serves the rental offices and all sidewalks that serve as routes from the rental office parking to the rental office itself are covered by the ADA.

The Fair Housing Act (FHA) covers dwellings. Dwellings include private housing, housing that receives federal financial assistance, as well as state and local government housing. It is unlawful to discriminate in any aspect of selling or renting housing or to deny a dwelling to a buyer or renter because of the disability of that individual, an individual associated with the buyer or renter or an individual who intends to live in the residence. Other covered activities include, for example, financing, zoning practices, new construction design and advertising.


CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER ER000099

3. *Americans with Disabilities Act Requirements*

Public accommodations must:

- Provide goods and services in an integrated setting, unless separate or different measures are necessary to ensure equal opportunity
- Eliminate unnecessary eligibility standards or rules that deny individuals with disabilities an equal opportunity to enjoy the goods and services of a place of public accommodation
- Make reasonable changes in policies, practices and procedures that deny equal access to individuals with disabilities, unless a fundamental alteration would result in the nature of the goods and services provided
- Furnish auxiliary aids when necessary to ensure effective communication, unless an undue burden or fundamental alteration would result
- Remove architectural and structural communication barriers in existing facilities where readily achievable
- Provide readily achievable alternative measures when removal of barriers is not readily achievable
- Provide equivalent transportation services and purchase accessible vehicles in certain circumstances
- Maintain accessible features of facilities and equipment
- Design and construct new facilities and, when undertaking alterations, alter existing facilities in accordance with the Americans with Disabilities Act Accessibility Guidelines issued by the Architectural and Transportation Barriers Compliance Board and incorporated in the final Department of Justice Title III regulation
- Businesses and nonprofit service providers that are open to the public are not required to provide personal devices such as wheelchairs, individually prescribed devices (e.g., prescription eyeglasses or hearing aids), or services of a personal nature including assistance in eating, toileting, or dressing
- Businesses and nonprofit service providers that are open to the public may not discriminate against an individual because of the known disability of a person with whom the individual is known to associate

The ADA provides support for meeting the accessibility requirements in the form of the Americans with Disabilities Act Accessibility Guidelines (ADAAG). The ADAAG provides design and construction specifications to meet the requirements of the ADA. The use of other designs and technologies to meet the requirements is permitted where the alternative designs and technologies used will provide substantially equivalent or greater access to and usability of the facility.

4. *Fair Housing Act*

The broad objective of the Fair Housing Act is to prohibit discrimination in housing based on race, color, national origin, religion, sex, familial status or disability. To ensure that persons with disabilities will have full use and enjoyment of their dwellings, the Fair Housing Act also includes two important provisions:



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER ER000100

- It is unlawful to refuse to make reasonable accommodations.
- It is unlawful to refuse to permit residents with disabilities to make reasonable modifications.

5. *Reasonable Accommodations*

The Fair Housing Act requires a landlord/manager to make changes in rules, policies, practices and services when necessary to allow a resident with a disability equal opportunity to use the property and its amenities. For example, the reasonable accommodations requirement means properties that have no-pet buildings must accommodate individuals who provide documentation concerning their disability and the need for a service/companion animal. Although an additional security deposit cannot be charged for a service/companion animal, the resident is still responsible for any damage the service/companion animal may cause to the apartment. If a prospective resident or resident requests any accommodation, submit the request to your manager for review.

6. *Reasonable Modifications*

If a prospect, resident or someone associated with him/her has a disability, the person may request that the owner make modifications to either the interior or exterior of the community. This may include such items as grab bars, wider door openings or sidewalk ramps. Owners generally make reasonable changes but may require the resident to pay for the modifications or restore the apartment to its original condition at the time of move-out. If a prospective resident or resident requests any modification, submit the request to your manager for review.

7. *Design and Construction Requirements*

The Fair Housing Act further requires that new multifamily housing built for first occupancy after March 13, 1991, with four or more dwelling units be designed and built to allow access for persons with disabilities. This includes accessible common use areas, doors that are wide enough for wheelchairs, and kitchens and bathrooms that allow a person using a wheelchair to maneuver. The seven design and construction requirements are:

1. An accessible building entrance on an accessible route
2. Accessible and usable public and common use areas
3. Usable doors
4. Accessible route into and through the covered unit
5. Light switches, electrical outlets, thermostats and other environmental controls in accessible locations
6. Reinforced walls for grab bars
7. Usable kitchens and bathrooms

8. *Preventing Discrimination*

Incorporating principles of non-discrimination at the planning stage minimizes exposure to liability. Whether it is developing admission criteria, determining how residents will be treated or designing a building, thinking ahead minimizes the chances the law will be violated.

To avoid most kinds of discrimination, there are four basic principles to follow:

1. Treat people the same, by the rules, if they are in similar situations
2. Examine the rules to make sure they don't unintentionally discriminate
3. Make special adjustments necessary for disabled individuals to fully use and enjoy their apartment
4. Meet or exceed all applicable accessibility laws

A useful way to plan for accessible housing is to first determine which law or laws will apply to the housing, identify the applicable standards that must be followed and then begin the design process. Building accessible housing requires early consideration of issues like site design and placement of features.

9. *Costs of Noncompliance*

The cost of noncompliance with disability rights laws is high. Substantial litigation costs can result from defending access lawsuits. Damages, sometimes in large amounts, are awarded to people who are discriminated against. Resolution of discrimination cases may result in significant changes in business practices such as new requirements for training, record keeping and reporting to government agencies. Retrofitting units that are not designed and constructed to be accessible can also be a significant expense.

10. *Meeting the Design and Construction Requirements*

To ensure compliance with the Fair Housing Act's seven design and construction requirements, a builder/developer need only comply with one of eight technical standards (safe harbors). These standards have been reviewed by HUD and found to meet or exceed the Act's design and construction requirements. Therefore, compliance with any one of the eight standards will fulfill the Fair Housing Act's access requirements. If a particular standard is chosen for use at a particular property, housing must comply with all of the provisions of that standard in order for there to be a safe harbor. Other means of providing access that provide an equal or greater degree of accessibility may also be used to comply with the Fair Housing Act's access requirements, but they are not a safe harbor.

11. *Safe Harbors*

The eight access standards that HUD defines as safe harbors are:

1. The Fair Housing Act Accessibility Guidelines (issued March 6, 1991) and the

Supplemental Notice to Fair Housing Accessibility Guidelines: Questions and Answers about the Guidelines (issued June 28, 1994)

2. ANSI A117.1 (1986)
3. CABO/ANSI A117.1 (1992)
4. ICC/ANSI A117.1 (1998)
5. The Fair Housing Act Design Manual (1998)
6. Code Requirements for Housing Accessibility 2000(CRHA) published by the International Code Council in October 2000
7. International Building Code 2000 (IBC), as amended by the IBC's 2001 Supplement to the International Codes
8. International Building Code 2003 (IBC), with one condition*

*Effective February 28, 2005 HUD determined that the IBC 2003 is a safe harbor conditioned upon ICC publishing and distributing a statement to jurisdictions and past and future purchasers of the 2003 IBC stating: ICC interprets Section 1104.1, and specifically, the exception to Section 1104.1, to be read together with Section 1107.4, and that the Code requires an accessible pedestrian route from site arrival points to accessible building entrances, unless site impracticality applies. Exception 1 to Section 1107.4 is not applicable to site arrival points for any type B dwelling.

When using any of the ANSI standards it is necessary to consult the Fair Housing Act, HUD's regulations and the Guidelines to determine the scope of that standard. To be compliant with accessibility requirements it is important to review all applicable laws and codes, and to meet the standard that offers the highest level of accessibility for that particular requirement.

F. *TYPES OF DISCRIMINATION*

The following actions are illegal when based on a prospect's protected class:

- Refusing to show an apartment or accept an application
- Refusing to rent to a qualified prospect
- Making vacant units unavailable
- Falsely denying that housing is available for inspection or rental
- Imposing different terms, conditions or privileges associated with the rental of housing
- Denying equal treatment when providing services or access to facilities
- Advertising a preference for a class
- Steering

G. *STEERING*

It is unlawful to restrict or attempt to restrict the apartment choice of a prospect or resident who is in a protected class regarding rental housing. This means that you cannot discourage a prospect from viewing, applying for or renting an apartment because he/she is a member of a protected class.

You cannot steer a prospect to a particular part of a property or building based on his/her

protected class. Families cannot be grouped in certain buildings or floor levels, and the same applies to other protected classes.

Individuals with disabilities cannot be told that a certain apartment is the best location for them due to their disability. Families cannot be directed to a building with a courtyard because it is the "safest" place for children to play. It is up to the prospective resident or current resident to decide which is the preferred apartment location. Community personnel should point out particular features of each apartment but should not make statements as to which is best, safest or most convenient.

You may not make comments to prospects about their neighbors or your community's "resident profile." For example, statements such as, "You'll like this building, there are a lot of children here" or "We have a lot of single professionals and retirees living here," could be considered discriminatory.

Steering is not lawful. Based on stated rental criteria and occupancy guidelines, make all apartments available to prospects regardless of race, color, religion, sex, national origin, familial status or disability.

*H. RESIDENT POLICIES*

Each property is provided with resident policies such as how to report maintenance emergencies and Work Orders, make rental payments, use the pool, etc. Such policies should be strictly followed by personnel and applied consistently to all residents. Different treatment must have a legitimate reason that is unrelated to membership in a protected class. Never make discriminatory comments, in oral or written form.

Visitor Information Cards (ERM-144) or Guest Cards (for certain communities) must be completed for each prospective resident, including those who choose not to see an apartment. Each card should have the following information documented: date and time of visit, Leasing Agent's name, addresses of apartments shown and statements made concerning availability. Never discard Visitor Information Cards, as they can be a valuable resource if allegations of discrimination are ever raised.

Work Orders must document date and time of request, date and time in apartment, Maintenance person's name, work performed, parts used, and nature and time of any required follow-up. Information on applications must be verified consistently and denied applications should contain comments explaining reasons for denial when appropriate.

*I. RENTAL CRITERIA*

All applicants are required to meet certain rental criteria before being approved for occupancy. The Company evaluates applications based on the following:

- Credit history
- Criminal history
- Employment

- Income/Assets
- Proposed rent
- Rental history

In addition, an applicant cannot pose a threat to the safety of others. Strictly adhere to all procedures for verifying information that is listed on the application and offer a lease to all qualified applicants. If an individual's application is denied, he/she may appeal the decision by scheduling a meeting with the manager and/or contacting the appropriate Regional Manager in the Kalamazoo Office.

*J. RENTAL RATES*

It is unlawful to use rental rates to discourage someone in a protected class from leasing or renewing a lease. Floor plans may be priced differently depending on the view, location, or special feature. However, these rates must be made available to all qualified prospects and residents.

If a property offers a discount to senior citizens or corporate organizations, these programs must be carefully documented. As long as discounts are made equally available to all seniors or employees of one business, it is not a violation of fair housing law.

*K. LEASE DOCUMENTS*

It is unlawful to discourage someone in a protected class from living at a property by placing different terms, conditions or privileges associated with the rental of housing. Each prospective resident must be presented with the same application, lease documents and deposit fee requirement unless there are legitimate business reasons for different documents or fees unrelated to the applicant's protected class.

*L. WORK ORDERS*

Personnel must respond in a fair and equal manner when residents make maintenance requests. Work Orders cannot be prioritized to show preference to any resident. For example: You are coming out of a building when a resident stops to ask if you could "take a quick look at my garbage disposal." You go ahead and make the repair rather than writing up the Work Order to return at a later time. If you fail to do the same for a member of a protected class, you are violating fair housing laws. You have follow-up Work Orders for similar drywall repairs in two apartments. If one Work Order is completed in two days and the other takes two weeks, you could be in violation of fair housing laws. There must be a legitimate business reason for any disparate treatment.

Do not make discriminatory comments to or about residents. In addition, it is a violation of fair housing law to withhold service in an attempt to cause a resident to move from a property.


CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER ER000105

*M. PROFESSIONALISM AND CONSISTENCY*

Treat all residents and prospective residents in a professional and consistent manner. This includes situations such as:

- Handling telephone calls
- Inviting callers to visit the community
- Standing to greet prospects and residents
- Shaking hands
- Offering beverages
- Being friendly and helpful
- Showing the model or vacant apartments
- Inviting prospects to lease an apartment or complete an application
- Verifying applications
- Completing lease documents
- Renewing leases
- Handling rental increases
- Providing availability of facilities or services
- Handling Work Orders for maintenance service
- Prioritizing and performing maintenance service
- Cleaning hallway, corridor or laundry room
- Performing snow removal

Never make comments to a prospect or resident that indicate a preference for or limitation of a certain class. Always provide accurate information regarding apartment availability when on the telephone and in person. In property management, there is no place for personal feelings or preference regarding protected classes.

*N. RESPONSIBILTY FOR FAIR HOUSING COMPLIANCE*

All personnel, including the owner, management company and on-site personnel are legally responsible for their own actions regarding fair housing laws. Owners and managers can also be held responsible for violations made by their personnel and agents.

Legal penalties may result in fines of $16,000 for the first offense, $42,000 for a second offense and $70,000 for a third offense. In addition, substantial punitive damages can be awarded. All persons involved in the operation of a property are expected to comply with fair housing laws. The owner's liability insurance does not cover fines or penalties for your actions if you violate the law. You are responsible and can be held liable.

Personnel is responsible for complying with all written policies and procedures as set forth by the owner and management company. Personnel may be required to sign a nondiscriminatory agreement. If you do not understand fair housing laws or operating policies, please contact your supervisor.

### O. *FAIR HOUSING COMPLAINTS*

Prospects or residents who believe they have been discriminated against can file a complaint up to two years after the incident. They may contact a local HUD office or a state fair housing agency, or they may file suit in a federal or state court.

If a complaint is filed with HUD, the agency is required to investigate the allegation. Based on its findings, HUD may issue a charge of discrimination and begin proceedings before an administrative law judge. However, the complainant or the respondent may choose to have the claim decided in a federal court.

After receiving a complaint, a fair housing agency may send pairs of "testers" to the community. Each pair is made up of two groups with similar income and rental backgrounds. One group is a member of a protected class and the other is not. These groups shop the community at different times and record information about their visit. Testers record a variety of information, such as the friendliness of the leasing agent, the number of apartments shown, the availability of vacant units, rental rates quoted, if they were asked to lease, etc. The fair housing agency then compares the reports to find discrepancies to be used as evidence of discrimination. <u>Testers have also been known to seek out maintenance, cleaning, or grounds personnel to ask questions about the "resident profile" of a community</u>.

### P. *FREQUENTLY ASKED QUESTIONS*

Q: What if someone asks to live away from families with children?

A: *There are no family or non-family areas. Simply show the prospect the apartments that are available and allow him/her to decide which is preferable.*

Q: Do we accept Section 8?

A: *We are not set up with the government to accept Section 8 payments and are not required by law to do so. If a prospect asks, just state: "Unfortunately, we do not participate in the Section 8 program or accept vouchers. We will however, consider the assistance amount as additional income when processing your application. We accept rental payments from all sources."*

Q: When verifying applications, what types of income and assets are acceptable?

A: *Income can be defined as a source of funds that is continuous and verifiable. Continuous means recurring or reasonably predictable funds, such as those provided through employment, social security, etc. If documented, child support, alimony, disability and certain government programs can be considered income. Examples of acceptable assets include funds held in checking or savings accounts, and investments in brokerage or retirement accounts such as a 401(K) plan. Refer specific questions to the manager.*


CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER ER000107

Q: What if a person with disabilities asks me if he/she can have a reserved parking space in front of his/her apartment?

A: *Forward the request to the manager.*

Q: Under fair housing law, do I have to lease to all families with children and all persons with disabilities?

A: *Yes, if they meet your rental criteria and occupancy standards.*

Q: What if a prospect asks me, "What kind of people live here?"

A: *You cannot make statements about the type of residents living at your community. You can say, "We have a variety of people that live here. We follow all fair housing laws and our rental criteria is applied consistently to every applicant."*

Q: What if my supervisor tells me not to lease to families or to minorities?

A: *Simply explain that this is against the law and you are not willing to put yourself at risk. Never let anyone convince you to violate fair housing laws. Report such behavior to your Regional Manager or the Property Director.*

Q: What if a prospect asks you about his/her potential neighbors?

A: *Explain that we have a policy regarding confidentiality and that you are not permitted to disclose information concerning residents. Offer to show him/her several apartments so he/she can choose one that appeals to him/her.*

Q: Can comments written on Work Orders be used as evidence in a discrimination lawsuit?

A: *Yes. Document only facts and observations that are relevant in a business sense. This includes calls to handle noise complaints.*

Q: Do we have to lease to people with mental illnesses?

A: *Yes, if they meet your rental criteria and are competent to sign a contract. However, we do not have to lease to persons who pose a threat to the safety of others or who currently use illegal drugs.*

*Q. FAIR HOUSING NONDISCRIMINATORY HOUSING POLICY*

It is and has always been the policy and practice of Manifold Services, Inc. to provide equal housing opportunities for all qualified prospects and residents without regard to race, color, religion, sex, gender, national origin, familial status or disability. In conformance with company policy and federal, state and local laws, personnel or agents of the company must never in the course of work:

- Refuse to show an apartment to, or refuse to accept an application from any person, or



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER ER000108

otherwise offer a different level of assistance or encouragement because of race, color, religion, sex, gender, national origin, familial status, disability or other protected class

- Refuse to rent to a qualified prospect or represent to any person that any dwelling is not available for inspection or rental when such dwelling is in fact so available because of race, color, religion, sex, national origin, familial status, disability or other protected class

- Discriminate against any person in the terms, conditions or privileges associated with the rental of housing because of race, color, religion, sex, national origin, familial status, disability or other protected class

- Deny equal treatment to any person when providing services or access to facilities because of race, color, religion, sex, national origin, familial status, disability or other protected class
- Advertise or make any statement that indicates a limitation or preference based on race, color, religion, sex, national origin, familial status, disability or other protected class

- Knowingly enter into any agreement which imposes any restriction on the race, color, religion, sex, national origin, familial status, disability or other protected class of persons to whom a dwelling may be shown or rented

Any action taken by you because of race, color, religion, sex, gender, national origin, familial status, disability or other protected class (except where the property is specifically designated for a particular age group) that has the effect of making housing unavailable to such persons protected under these laws constitutes a violation of fair housing laws and subjects you and the company to substantial liability.

The company firmly believes that providing equal housing opportunity to all persons will increase our business and we are committed to providing such opportunity. Operating within these guidelines is not only good business; it's the law.



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER ER000109