# EXHIBIT I

PERRYSBURG COUNSELING SERVICES, LLC
*For You*

June 29, 2020

Jennifer Emahiser, MSW, LISW-S
1070 Commerce Drive
Building One, Suite 101
Perrysburg, OH 43551

Glendale Village Apartments
1812 Glen Valley Dr.
Toledo Ohio 43614

To Whom it May Concern
Silma Espinosa, has been a patient of Perrysburg Counseling Services since 5/1/20. I am intimately aware of her medical history and functional restrictions brought by her emotional condition. She meets the definition of disabled under the Americans with Disabilities Act, the Rehabilitation Act of 1973, and the Fair Housing Act.

As a result of mental illness, Silma has certain limitations. In order to assist in alleviating these difficulties, and to improve their ability to lead a better life while fully enjoying and using the dwelling unit you own and/or manage, I am recommending an Emotional Support Animal to help Silma in dealing with her disability better.

I am very much aware of the voluminous professional literature related to the therapeutic benefits of emotional support animals for individuals with mental disabilities, such as that faced by Silma. Upon request, I will share quotations to relevant studies and would be more than willing to answer any questions that you may have regarding my recommendation that should have an emotional support animal. Should you have any further questions, please do not hesitate to get in touch with me.

Please contact me at (419) 360-0126 or jen@perrysburgcounseling.com if I can be of further assistance,

Sincerely,

Jennifer Emahiser, MSW, LISW-S
Clinical Therapist

1070 Commerce Drive
Building One, Suite 101
Perrysburg, OH 43551

419.482.8382
855.319.1493
www.perrysburgcounseling.com