# EXHIBIT J

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

FAIR HOUSING OPPORTUNITIES OF NORTHWEST OHIO, INC. DBA THE FAIR HOUSING CENTER

and

SILMA ESPINOSA,

Plaintiffs,

v.

EDWARD ROSE DEVELOPMENT COMPANY, LLC,

Defendant.

Case No. 3:23-cv-01297-JJH
Hon. Jeffrey J. Helmick

---

Now comes Plaintiff, Silma Espinosa ("Plaintiff" or "Espinosa"), and provides the following answers and responses to Defendant's Requests for Admission.

**REQUESTS FOR ADMISSION**

1. Admit that during the calendar year of 2021, you used an email account named silma.espinoa@gmail.com.

**RESPONSE:** DENIED.

2. Admit that you corresponded with Defendant with the account named silma.espinoa@gmail.com.

**RESPONSE:** DENIED.

3. Admit that you received the email attached as Exhibit A.

**RESPONSE:** DENIED.

4. Admit that you did not respond to the email attached as Exhibit A.

**RESPONSE:** ADMIT.

5. Admit that you received the email attached as Exhibit B.

**RESPONSE:** DENIED.

6. Admit that you did not respond to the email attached as Exhibit B.

**RESPONSE:** ADMIT.

7. Admit that you received the email attached as Exhibit C.

**RESPONSE:** DENIED.

8. Admit that you did not respond to the email attached as Exhibit C.

**RESPONSE:** ADMIT.

9. Admit that you received the emails attached as Exhibit D from Rosie Leasing Assistant.

**RESPONSE:** DENIED.

10. Admit that you never responded to the Rosie Leasing Assistant's emails aside

from your initial email that you were "interested in this community" attached as Exhibit D.

**RESPONSE:** ADMIT.

11. Admit that you only emailed Defendant on June 9, 2021 as reflected and attached in Exhibit D.

**RESPONSE:** ADMIT. There was also a phone conversation.

12. Admit that you never submitted a tenant application to Defendant.

**RESPONSE:** ADMIT, as Edward Rose's ESA policies and procedures were a deterrent.

13. Admit that you did not pay the application fee to Defendant.

**RESPONSE:** ADMIT, as Edward Rose's ESA policies and procedures were a deterrent.

14. Admit that you did not provide your Social Security Number to Defendant.

**RESPONSE:** ADMIT, as Edward Rose's ESA policies and procedures were a deterrent.

15. Admit that you did not submit your pay stub to Defendant for a rental application.

**RESPONSE:** ADMIT, as Edward Rose's ESA policies and procedures were a deterrent.

16. Admit that you did not supply your income information to Defendant on a rental application.

**RESPONSE:** ADMIT, as Edward Rose's ESA policies and procedures were a deterrent.

**VERIFICATION**

I, Plaintiff Silma Espinosa, state that I have read the foregoing interrogatory and my answers to the interrogatory, which are true to the best of my knowledge, information, and belief. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 1/25/24

Silma Espinosa

# EXHIBIT A

6/9/2021

*Selma,*

*It was a pleasure talking to you. Our current availability for a two bedroom unit would be 7-30 with a rental rate of 1179.00 per month for a 15 month lease. This is a second floor unit.*

*Residents pay for the electric in the unit as well as cable and or internet.*

*Internet is through our provider only and runs 52.00/62.00/72.00 per month depending on the speed chosen.*

*I understand that you have ESA pets and we would need to have you sign the release form and provide to us the name of the physician, phone number and fax number before move in so that we can have the physician fill out the paperwork to be sent to our corporate office.*

*Currently we do not have any two bedroom units available for show*

*Mary Lynn*

# EXHIBIT B

6/11/2021

Silma,

Just checking in to see if you wanted to schedule a self guided appointment of our one bedroom model unit of if you have any questions

Mary Lynn

# EXHIBIT C

*Silma,*

*Just checking to see if you are still considering Tracy Creek. If you have chosen to go elsewhere please shoot me an email*

*Mary Lynn*

6/25/2021

# EXHIBIT D

# Conversation with Silma Espinosa

First name

Silma

Last name

Espinosa

Email

silma.espiniosa@gmail.com

Phone Number

+14193867314

**silma.espiniosa@gmail.com**

2021-06-09T13:36:53.505

I'm interested in this community

**rosie_e4@edwardrose.com**

2021-06-09T13:37:01

Hi Silma, Thanks for your interest in Tracy Creek Apartment Homes. We have a 2 bedroom apartment available for $1179. Please keep in mind, prices are subject to change. You can lock in your rate by applying today. We are currently offering self-guided tours of our community and Live Video tours via Zoom. Would you be available for a tour today or tomorrow? Thank you! Best, Rosie Leasing Assistant Unsubscribe

**rosie_e4@edwardrose.com**

2021-06-10T13:40:23

Hi Silma, I wanted to reach out and see if you're still interested in our community? Here's the link to our website: www.tracycreek-apartments.com I would love to set up a tour for you to learn more about our community. Thank you! Best, Rosie Leasing Assistant Unsubscribe

**rosie_e4@edwardrose.com**

2021-06-11T13:50:14

MeetElise

Support | Log In

Hi Silma, I wanted to check in again and see if you're still looking for an apartment? If so, I'd love to set up a time for you to connect with one of our leasing agents to learn more about our community! Have a great day! Best, Rosie Leasing Assistant Unsubscribe

**rosie_e4@edwardrose.com**

2021-06-16T14:00:18

Hi Silma, I hope you're doing well! If you're still considering your options, I'd love to help with whatever you need! I would love to set up a time for you to see our community: www.tracycreek-apartments.com Thank you! Best, Rosie Leasing Assistant Unsubscribe