# EXHIBIT K

## Guest Card

### Application For Tracy Creek Apartments

29181 Tracy Creek Drive
Perrysburg, OH
43551

Phone:

### Apartment Information

| | | | |
|---|---|---|---|
| Apartment: | | Deposit: | |
| Bed: | | Rent: | |
| Bath: | | | |
| Area: | | | |

### Applicant Information

| | | | |
|---|---|---|---|
| Name: | Silma Espinosa | Date of Birth: | |
| Office Phone: | | License Number: | |
| Home Phone: | | License State: | |
| Cell Phone: | (419) 386-7314 | Email: | silma.espiniosa@gmail.com |
| Fax: | | Expected Move In: | 7/30/2021 |
| Address: | | Bedroom: | 2 |
| | | Desired Rent: | $0.00 |
| | | Lease Term: | 0 |
| Amenities: | | Source: | Apartments.com |
| Notes: | Occupants: 2; Pets: 2 | Agent: | Mary Lynn Bick |

### Activity Details

| Type | Date | Complete Date | Agent | Description |
|---|---|---|---|---|
| Canceled Guest | 7/9/2021 | 7/9/2021 | Mary Lynn Bick | |
| Call | 6/9/2021 | 6/9/2021 | Mary Lynn Bick | First contact |
| Email Outgoing | 6/9/2021 | 6/9/2021 | Mary Lynn Bick | Tracy Creek |
| Email Outgoing | 6/9/2021 | 6/9/2021 | Meet Elise | Full conversation link: https://app.meetelise.com/conv/01ebc956-936b-1864-8441-efcd4f709985 |

| | | | | |
|---|---|---|---|---|
| Email Outgoing | 6/9/2021 | 6/9/2021 | Meet Elise | Rosie: Hi Silma, Thanks for your interest in Tracy Creek Apartment Homes. We have a 2 bedroom apartment available for $1179. Please keep in mind, prices are subject to change. You can lock in your rate by applying today. We are currently offering self-guided tours of our community and Live Video tours via Zoom. Would you be available for a tour today or tomorrow? Thank you! Best, Rosie Leasing Assistant Unsubscribe |
| Email Outgoing | 6/25/2021 | 6/25/2021 | Mary Lynn Bick | Tracy Creek |
| Email Outgoing | 6/16/2021 | 6/16/2021 | Meet Elise | Rosie: Hi Silma, I hope you're doing well! If you're still considering your options, I'd love to help with whatever you need! I would love to set up a time for you to see our community: www.tracycreek-apartments.com Thank you! Best, Rosie Leasing Assistant Unsubscribe |
| Email Outgoing | 6/11/2021 | 6/11/2021 | Mary Lynn Bick | Tracy Creek |
| Email Outgoing | 6/11/2021 | 6/11/2021 | Meet Elise | Rosie: Hi Silma, I wanted to check in again and see if you're still looking for an apartment? If so, I'd love to set up a time for you to connect with one of our leasing agents to learn more about our community! Have a great day! Best, Rosie Leasing Assistant Unsubscribe |
| Email Outgoing | 6/10/2021 | 6/10/2021 | Meet Elise | Rosie: Hi Silma, I wanted to reach out and see if you're still interested in our community? Here's the link to our website: www.tracycreek-apartments.com I would love to set up a tour for you to learn more about our community. Thank you! Best, Rosie Leasing Assistant Unsubscribe |