# EXHIBIT L

## Pet Information

Do you have any pets? * (•) Yes ( ) No

| | Pet Type * | Weight(lbs) * | Age | Color | Breed * | Name | Gender | Spayed/Neutered | Service Animal |
|---|---|---|---|---|---|---|---|---|---|
| Pet 0 | | | | | | | | | Yes |

+ Add another pet

## Vehicle Information

Do you have any vehicles? * ( ) Yes (•) No

Emergency Contact

Text Us

Name *

Relationship

Contact Us

Phone *

Country United States

Address

By using this website you agree to our use of cookies as described in our cookie policy. (https://www.tracycreek-apartments.com/termsandconditions.aspx) Got it!

Address (line two)