# EXHIBIT M

| semailfrom | semailto | dtdate | semailsubject | semailmessage |
| --- | --- | --- | --- | --- |
| TRACYCREEK.Reply.EdwardRose@aptleasing.info | silma.espiniosa@gmail.com | 2021-06-09T13:29:17 | Tracy Creek | <p>Selma,</p><br><br><p>It was a pleasure talking to you. Our current availability for a two bedroom unit would be 7-30 with a rental rate of 1179.00 per month for a 15 month lease. This is a second floor unit.</p><br><br><p>Residents pay for the electric in the unit as well as cable and or internet.</p><br><br><p>Internet is through our provider only and runs 52.00/62.00/72.00 per month depending on the speed chosen.</p><br><br><p>I understand that you have ESA pets and we would need to have you sign the release form and provide to us the name of the physician, phone number and fax number before move in so that we can have the physician fill out the paperwork to be sent to our corporate office.</p><br><br><p>Currently we do not have any two bedroom units available for show</p><br><br><p>Mary Lynn</p> |
| TRACYCREEK.Reply.EdwardRose@aptleasing.info | silma.espiniosa@gmail.com | 2021-06-11T08:33:17 | Tracy Creek | <p>Silma,</p><br><br><p>Just checking in to see if you wanted to schedule a self guided appointment of our one bedroom model unit of if you have any questions</p><br><br><p>Mary Lynn</p> |
| TRACYCREEK.Reply.EdwardRose@aptleasing.info | silma.espiniosa@gmail.com | 2021-06-25T08:28:11 | Tracy Creek | <p>Silma,</p><br><br><p>Just checking to see if you are still considering Tracy Creek. If you have chosen to go elsewhere please shoot me an email</p><br><br><p>Mary Lynn</p> |