# EXHIBIT Q

## AUDIO RECORDING FILED MANUALLY
## TEST 2(a)