# EXHIBIT R

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

FAIR HOUSING OPPORTUNITIES )
OF NORTHWEST OHIO, INC., )
et al., )
)
Plaintiffs, )
)
v. ) Case No. 3:23-cv-01297
) Judge Jeffrey Helmick
EDWARD ROSE DEVELOPMENT )
COMPANY, LLC, )
)
Defendant. )

- - -

DEPOSITION
OF
CHRISTINA RODRIGUEZ

TAKEN AT: The Hilton Garden Inn Toledo Downtown
101 N. Summit Street
Toledo, Ohio 43604

DATE: June 18, 2024

TIME: 9:31 a.m.

REPORTER: Shelly M. Reno, RPR

- - -

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| FAIR HOUSING OPPORTUNITIES OF NORTHWEST OHIO, INC., et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No. 3:23-cv-01297 |
| | ) | Judge Jeffrey Helmick |
| EDWARD ROSE DEVELOPMENT COMPANY, LLC, | ) | |
| Defendant. | ) | |

\- - -

DEPOSITION
OF
CHRISTINA RODRIGUEZ

TAKEN AT: The Hilton Garden Inn Toledo Downtown
101 N. Summit Street
Toledo, Ohio 43604

DATE: June 18, 2024

TIME: 9:31 a.m.

REPORTER: Shelly M. Reno, RPR

\- - -

Q. Okay. And you never -- is it possible that when you got this intake, there may have been a miscommunication as to what actually was said during this conversation?

A. Anything's possible, but it was pretty clear to me what was said.

Q. It was pretty clear to you what was said from?

A. From the information that Silma encountered at Tracy Creek.

Q. Pretty clear, okay. So you -- it was pretty clear to you of Silma's account of what occurred?

A. Yes.

Q. But it's possible that people may mishear things or may not necessarily have communicated everything; is that correct?

MR. DAVIS: Objection.

Q. You can answer.

MR. DAVIS: Go ahead.

A. Yeah. Sure, that's possible.

Q. Okay. And you -- and you as the initial staff attorney on the case didn't move forward with reaching out to Tracy Creek Apartments to get clarification as to the actual conversation; is that

correct?
A. That's correct.
Q. Okay. How were the testers selected in this matter?
A. The testers were selected by --
Q. I'm sorry. I'm going to strike that, because I realized that wasn't a proper question.
How were the testers for the July 2021 testing selected?
A. I selected testers that were available and that could meet the, you know, criteria that we needed to include in the test.
Q. What was the criteria that needed to be met in this test?
A. So we needed one tester to pose as a person with a mental disability who had an assistance animal and a verification letter from a therapist.
Q. Okay. So did you need a tester who actually had that?
A. Not necessarily.
Q. Okay. So I guess it could be any one --
A. Yeah.
Q. -- of the testers in your pool; is that correct?

needed, but Jacqueline does not summarize -- summarize it as such. Instead, she says there was no clear explanation given.

MR. DAVIS: Objection. And which paragraph are you on?

MS. YONO: The second to last paragraph of Plaintiff's 200. It starts with several months later beginning in October 2021, the Fair Housing Center conducted testing.

A. So, yeah, I referred to the -- I'm sorry, the third matched-pair test is when we -- it was clarified, I believe, so --

Q. Oh, okay.

A. -- it would have been the one in January 2022.

Q. So when you were speaking earlier how the second pair of testing showed that a verification form was needed, you were actually referring to the third --

A. Yes.

Q. -- pair of testing?

A. I'm so sorry, because I -- I --

MR. DAVIS: Let her finish.

A. I'm sorry.