# EXHIBIT S

## AUDIO RECORDING FILED MANUALLY
## TEST 3(a)