# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

FAIR HOUSING OPPORTUNITIES OF NORTHWEST OHIO, INC.

and

SILMA ESPINOSA,

Plaintiffs,

v.

EDWARD ROSE DEVELOPMENT COMPANY, LLC,

Defendant.

Case No. 3:23-cv-01297-JJH
Hon. Jeffrey J. Helmick

---

# DECLARATION OF JENNIFER CREEK

I, Jennifer Creek, hereby declare as follows:

1. I am over 18 years of age and have personal knowledge of the facts set forth in this declaration, and if called as a witness, I could and would testify to them.

2. I am the Director of Property Management for certain Edward Rose Development Co. LLC ("Edward Rose") properties, including Tracy Creek Apartments ("Tracy Creek").

3. Edward Rose manages various housing communities.

4. Edward Rose is committed to complying with all applicable fair housing laws.

5. All Edward Rose employees must complete fair housing training upon hire and on an annual basis.

6. A resident or applicant may request a reasonable accommodation for an Emotional Support Animal ("ESA").

7. If the disability is apparent (wheelchair bound, visually impaired, etc.), no additional information is required.

8. If the disability is not apparent, a resident may (i) submit a supporting letter regarding the requested accommodation (including for an ESA), or, (ii) if the resident has no documentation, they may fill out a provided ESA Request Verification form.

9. This ESA Request Verification form is not required, or the sole method of requesting an ESA. A resident or applicant may submit supporting documentation directly from their healthcare provider.

10. The ESA Request Verification Form is offered as a benefit for the resident or applicant, so the resident or applicant need not follow up with their healthcare provider. This also helps ensures the correct information is obtained. Still, it is not required.

11. Edward Rose routinely grants ESA requests when the prospective resident or resident directly submits supporting documentation from their healthcare provider.

12. To qualify for housing with Edward Rose, all prospective residents must submit a rental application.

13. Edward Rose can only make a rental decision to approve or deny housing after a prospective resident submits an application, and Edward Rose completes a background check screening the resident.

14. If a prospective resident makes an inquiry about renting an apartment but does not apply and permit the background check, Edward Rose cannot approve or deny housing.

15. Prospective residents are free to submit a request for an accommodation at any time, even before they submit a rental application.

16. Mary Lynn Bick was an office coordinator and former leasing agent at Tracy Creek, and worked for Edward Rose from October 15, 2007 to April 27, 2024.

17. In Ms. Bick's sixteen-year employment with Edward Rose, she only received a single written corrective action in 2010. This corrective action had nothing to do with accommodation requests.

18. In the last fourteen years of Ms. Bick's employment, she never received any corrective action.

19. To my knowledge, no resident or prospective resident ever submitted a complaint against Ms. Bick.

20. Aside from this lawsuit, Edward Rose has received no complaints of Ms. Bick failing to follow fair housing laws.

21. During Ms. Bick's tenure, she completed the fair housing trainings.

22. No employee at Tracy Creek, including Ms. Bick, has authority to approve, deny or evaluate ESA requests. When employees receive such requests or documentation concerning such requests, they are to be forwarded to the Property Manager, who in turn, escalates the requests to the Assistant Director of Property Management or me. From there, I review the requests and either approve, deny, or request additional information.

23. Employees are trained to accept any documentation provided in support of a reasonable accommodation requests and submit such documentation to management for review.

Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 16, 2024

Kalamazoo, Michigan

Jennifer Creek