# EXHIBIT B

EDWARD ROSE & SONS (http://www.edwardrose.com/)
100 YEARS | 1921-2021

# STATEMENT OF RENTAL POLICY

## TOURING THE COMMUNITY

When touring our community, you may be shown either a vacant apartment after it has been cleaned and prepared or a model apartment, particularly if the desired style of apartment is unavailable. In either instance, a photo ID is required to be shown prior to touring the community. Self-guided and virtually-guided tours also may be available.

## APPLYING TO YOUR APARTMENT

To apply to an available apartment, all adult applicants (18 years of age or older) must complete a separate online application on our community website and, if applicable, pay a one-time fee online by credit or debit card. Lease terms and rental rates vary by community. An application will not be processed if payment is not received.

| Apartment Occupancy Standards | | Townhome Occupancy Standards | |
|---|---|---|---|
| **All Adult Household** | **Families with Children** | **All Adult Household** | **Families with Children** |
| Studio – Up to 2 People | Studio – Up to 2 People | 2 Bedroom – Up to 4 People | 2 Bedroom – Up to 7 People |
| 1 Bedroom – Up to 2 People | 1 Bedroom – Up to 3 People | 3 Bedroom – Up to 6 People | 3 Bedroom – Up to 9 People |
| 2 Bedroom – Up to 4 People | 2 Bedroom – Up to 5 People | | |
| 3 Bedroom – Up to 6 People | 3 Bedroom – Up to 7 People | | |

*If an existing household expands due to the birth or adoption of a child, the child will not be included in the per-person occupancy count for one year after the child is added to the household.*

## PET POLICY

Our pet policy is designed to protect both pet owners and non-pet owners and ensure that the animals themselves receive responsible care. If you chose to house a pet, you must notify the leasing office prior to bringing your new pet home. Weight limits, breed restrictions, and fees apply. Unregistered pets are subject to violation and fines. Please contact the community for more information regarding our pet policy.

## APPLICATION APPROVAL PROCESS

Payment of applicable fees does not guarantee an apartment or application approval. An application may be denied for poor or insufficient credit, insufficient income or assets, negative rental history, or criminal history. This community uses automated credit scoring to approve or decline applications. Any outstanding balance with the local gas and/or electric utility provider must be paid prior to move-in. Acceptable documentation for income verification on conditionally approved applicants includes but is not limited to: payroll/social security receipts and bank statements dated within 30 days, brokerage statements dated within 90 days, tax records dated within 1 year, and court records. ***Other acceptable documentation as mandated by the state or municipality where the community is located.*

## HOLDING FEE

A holding fee will be charged upon notification of application approval. Please contact the community for specific holding fee amounts. An available apartment may be held for a determined amount of time, depending on the community, upon the completion of a lease application and payment of any applicable fees. If an apartment is not available, prospective residents may apply to a priority waitlist, where applicable. ***If cancelation occurs after payment of the holding fee, Applicant(s) will forfeit the holding fee.*** Owner reserves the right to cancel the application if the Applicant(s) do not take possession of the apartment by the "Move-in Date" specified at time of application.

**OCCUPANCY DELAYS**

The lease agreement is intended to begin on the agreed upon date, however, if you are not able to take possession of the apartment on the beginning date due to any cause reasonably beyond our control, including delays in construction, holding over by previous residents, or for any other reason, then, the lease agreement will begin when we determine the apartment is ready and available for occupancy. The beginning date will be adjusted to reflect the actual date that the resident takes possession of the apartment.

*Questions regarding this rental policy, specific applicant screening decisions or requests for accommodations or modifications due to disability can be addressed by contacting the Property Manager.*

**This community is an equal opportunity housing provider.** We fully comply with federal, state, and local fair housing laws. We do not discriminate against any person because of race, color, religion, sex, national origin, familial status or handicap. We also comply with state and local fair housing laws. We provide reasonable accommodations and permit reasonable modifications for individuals with disabilities.



2022 Edward Rose & Sons. All Rights Reserved. | Website Design by RENT*Café* (© 2022 Yardi Systems, Inc. All Rights Reserved.)