# EXHIBIT C

## **710** Fair Housing

Effective Date: 09/01/2016

Our Company does not approve, nor will it condone, any action or behavior that would result in harassment or discrimination by any employee. All residents and prospective residents are to be treated the same regardless of their race, color, religion, sex, national origin, disability, familial status, or any other state or local protected class. Fair Housing Laws also prohibit “steering” prospects into certain types of apartments, particular areas of the community, or away from the community all together.

It is the responsibility of all employees to familiarize themselves with the applicable Fair Housing Laws and to strictly adhere to those laws at all times. Information to assist employees in understanding their responsibilities under these laws is available from a Regional Manager.

Any employee who violates any Fair Housing Law will be subject to disciplinary action up to and including immediate discharge.



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER ER000112