# EXHIBIT E

- It is unlawful to refuse to make reasonable accommodations.
- It is unlawful to refuse to permit residents with disabilities to make reasonable modifications.

5. *Reasonable Accommodations*

The Fair Housing Act requires a landlord/manager to make changes in rules, policies, practices and services when necessary to allow a resident with a disability equal opportunity to use the property and its amenities. For example, the reasonable accommodations requirement means properties that have no-pet buildings must accommodate individuals who provide documentation concerning their disability and the need for a service/companion animal. Although an additional security deposit cannot be charged for a service/companion animal, the resident is still responsible for any damage the service/companion animal may cause to the apartment. If a prospective resident or resident requests any accommodation, submit the request to your manager for review.

6. *Reasonable Modifications*

If a prospect, resident or someone associated with him/her has a disability, the person may request that the owner make modifications to either the interior or exterior of the community. This may include such items as grab bars, wider door openings or sidewalk ramps. Owners generally make reasonable changes but may require the resident to pay for the modifications or restore the apartment to its original condition at the time of move-out. If a prospective resident or resident requests any modification, submit the request to your manager for review.

7. *Design and Construction Requirements*

The Fair Housing Act further requires that new multifamily housing built for first occupancy after March 13, 1991, with four or more dwelling units be designed and built to allow access for persons with disabilities. This includes accessible common use areas, doors that are wide enough for wheelchairs, and kitchens and bathrooms that allow a person using a wheelchair to maneuver. The seven design and construction requirements are:

1. An accessible building entrance on an accessible route
2. Accessible and usable public and common use areas
3. Usable doors
4. Accessible route into and through the covered unit
5. Light switches, electrical outlets, thermostats and other environmental controls in accessible locations
6. Reinforced walls for grab bars
7. Usable kitchens and bathrooms