# EXHIBIT F

# SERVICE/COMPANION ANIMAL REQUEST VERIFICATION

---

Care Provider/Agency: ______________________________

Address: ______________________________

______________________________

Applicant/Resident: ______________________________

Address: ______________________________

______________________________

---

***VERIFICATION REQUEST***

The household named above has applied for, or is residing in an apartment at our community and has requested to keep a service/companion animal at the apartment, based on a disability. We are required to verify that the individual is eligible for the accommodation, pursuant to 24 CFR § 100.204. We would appreciate your taking the time to provide the information requested on the next page. If you have any questions, please contact me at _____.

Sincerely,

__________________________ __________________________

Property Manager Community

---

***RELEASE***

By my signature below, I hereby consent to the release of information requested.

Signature of Applicant/Resident: ______________________________ Date: ____________________

---

# SERVICE/COMPANION ANIMAL REQUEST VERIFICATION

---

### *FEDERAL FAIR HOUSING DEFINITION OF "DISABLED"*

Under federal law, 24 CFR § 100.201, an individual is disabled if he/she has a physical or mental impairment that substantially limits one or more major life activities; has a record of such an impairment; or is regarded as having such an impairment. The term "physical or mental impairment" includes, but is not limited to, such diseases and conditions as orthopedic, visual, speech and hearing impairments, cerebral palsy, autism, epilepsy, muscular dystrophy, multiple sclerosis, cancer, heart disease, diabetes, HIV, mental retardation, emotional illness, drug addiction (other than addiction caused by current, illegal use of a controlled substance) and alcoholism. The term "major life activities" means functions such as caring for one's self, performing manual tasks, walking, seeing, hearing, speaking, breathing, learning and working.

---

### *CARE PROVIDER/AGENCY VERIFICATION STATEMENT*

I provide care to ________________________________________ and certify the following:

1. The above-named individual is disabled as defined above. ❒ Yes ❒ No
2. In your professional opinion, does the above-named individual have a disability-related need for a service/companion animal at the dwelling in order to have the same opportunity that a non-disabled individual has to use and enjoy the site? ❒ Yes ❒ No

   Type of animal: ________________ Is one animal sufficient? ❒ Yes ❒ No

Organization/Agency: ________________________________ Phone: ___________________

Printed Name: ______________________________________ Title: _____________________

Signature: __________________________________________ Date: _____________________

---

***Please return this form by fax or mail within 14 days of receipt to the following address:***

Community Name: ___________________________________________________________

Address: ___________________________________________________________

___________________________________________________________

Fax Number: ___________________________________________________________

---