# EXHIBIT G

6101 NEWPORT ROAD
POST OFFICE BOX 3015
KALAMAZOO, MICHIGAN 49003-3015
PHONE (269) 323-9484
FAX (269) 321-7884

August 17, 2022

[redacted]

Dear Mr. [redacted]

We have received your request for an accommodation due to a disability, specifically, that your Cat & Dog be allowed at the community as a companion animals. We have also received documentation from your care provider/agency, and have given the matter careful consideration.

According to federal law, 24 CFR § 100.204 (2009), you are eligible for a reasonable accommodation to our policies. We routinely make accommodations for residents who are eligible for a companion animal.

We will approve your request for an exception to our policy with the following conditions:

- Resident will comply with all state and local ordinances regarding immunization, licensing and control of the animal. Resident agrees to treat dog for and maintain preventative flea, tick, and heartworm control;
- Dog will be kept inside the apartment at all times except when on leash and accompanied by and under the control of resident;
- Dog shall not be curbed on shrubbery, flowers or small trees. Resident will pick up dog's waste and dispose of same immediately; and
- Resident will comply with all other terms of the lease and will be responsible for any damage or destruction caused by the animal to property of Owner or property of other residents including liability for bodily harm.

Please contact me if you have any questions or if there is additional information that we should consider.

Sincerely,

Bill Guernsey
Assistant Director of Property Management
Edward Rose & Sons

c: Brent Kossick
Tracie Rose

# Incident Report

**Community:** Tracy Creek **Date:** 7/21/22

**Nature of Incident:** Request for service/companion animal

**Date of Incident:** 7/21/22

**Apartment(s) Involved:** [redacted]

**News Article Attached?** ☒ Yes ☐ No

**Complete Description of Incident:** Current resident in [redacted] has requested a service/companion animal. The breed of the animal is not known at this time, as the animal has yet to be purchased. I have attached the request letter from his doctor, Dr. Oatis, M.D. Also, I have attached a community map showing the location of Mr. [redacted] unit is located.

**Signature:** ________________

**Name:** Brent Kossick

**Title:** Property Manager

**Community Phone Number:** 419-662-2900

JR 7/24/22

Breed of Dog is Belgian Malinoise - Sheepherder

ERM-59 (2/16) Copy: Regional Manager, Community, Resident File JR 8/18

VA Ann Arbor Healthcare System
Toledo Outpatient Clinic
1200 South Detroit
Toledo, Ohio 43614
JUL 11, 2022 506/GA

[redacted]

To whom it may concern:

Mr. [redacted] has an emotional support animal for his health and wellness. Veteran assumes all responsibility and for care and management of animal.

Veteran receives his care thru The Toledo VA health clinic.

Respectfully,

Dr. P. Oatis, M.D.

JULIE STEMEN
Registered Nurse