# EXHIBIT I

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

FAIR HOUSING OPPORTUNITIES OF NORTHWEST OHIO, INC. DBA THE FAIR HOUSING CENTER

and

SILMA ESPINOSA,

Plaintiffs,

v.

EDWARD ROSE DEVELOPMENT COMPANY, LLC,

Defendant.

Case No. 3:23-cv-01297-JJH
Hon. Jeffrey J. Helmick

---

Now comes Plaintiff, Silma Espinosa ("Plaintiff" or "Espinosa"), and provides the following answers and responses to Defendant's Requests for Admission.

## REQUESTS FOR ADMISSION

1. Admit that during the calendar year of 2021, you used an email account named silma.espinoa@gmail.com.

**RESPONSE:** DENIED.

2. Admit that you corresponded with Defendant with the account named silma.espinoa@gmail.com.

**RESPONSE:** DENIED.

3. Admit that you received the email attached as Exhibit A.

**RESPONSE:** DENIED.

4. Admit that you did not respond to the email attached as Exhibit A.

**RESPONSE:** ADMIT.

5. Admit that you received the email attached as Exhibit B.

**RESPONSE:** DENIED.

6. Admit that you did not respond to the email attached as Exhibit B.

**RESPONSE:** ADMIT.

7. Admit that you received the email attached as Exhibit C.

**RESPONSE:** DENIED.

8. Admit that you did not respond to the email attached as Exhibit C.

**RESPONSE:** ADMIT.

9. Admit that you received the emails attached as Exhibit D from Rosie Leasing Assistant.

**RESPONSE:** DENIED.

10. Admit that you never responded to the Rosie Leasing Assistant's emails aside

from your initial email that you were "interested in this community" attached as Exhibit D.

**RESPONSE:** ADMIT.

11. Admit that you only emailed Defendant on June 9, 2021 as reflected and attached in Exhibit D.

**RESPONSE:** ADMIT. There was also a phone conversation.

12. Admit that you never submitted a tenant application to Defendant.

**RESPONSE:** ADMIT, as Edward Rose's ESA policies and procedures were a deterrent.

13. Admit that you did not pay the application fee to Defendant.

**RESPONSE:** ADMIT, as Edward Rose's ESA policies and procedures were a deterrent.

14. Admit that you did not provide your Social Security Number to Defendant.

**RESPONSE:** ADMIT, as Edward Rose's ESA policies and procedures were a deterrent.

15. Admit that you did not submit your pay stub to Defendant for a rental application.

**RESPONSE:** ADMIT, as Edward Rose's ESA policies and procedures were a deterrent.

16. Admit that you did not supply your income information to Defendant on a rental application.

**RESPONSE:** ADMIT, as Edward Rose's ESA policies and procedures were a deterrent.

29. Admit that following your verbal conversation with Mary Lynn Bick, you never provided Defendant with additional information of your alleged request for an ESA.

**RESPONSE:** ADMIT.

30. Admit that you never submitted a request for an accommodation of an ESA to Defendant.

**RESPONSE:** DENIED.

31. Admit that Mary Lynn Bick never informed you that a verification from a therapist would be insufficient or not comply with Defendant's policy.

**RESPONSE:** DENIED.

32. Admit that Mary Lynn Bick never informed you that an ESA request would not be considered until after you applied, were approved for an apartment, and signed an agreement.

**RESPONSE:** ADMIT.

33. Admit that Defendant did not deny your alleged request for an ESA.

**RESPONSE:** DENIED.

34. Admit that you never received written correspondence from Defendant denying your alleged request for an ESA.

**RESPONSE:** ADMIT.

**VERIFICATION**

I, Plaintiff Silma Espinosa, state that I have read the foregoing interrogatory and my answers to the interrogatory, which are true to the best of my knowledge, information, and belief. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 1/25/24

Silma Espinosa

# EXHIBIT D

# Conversation with Silma Espinosa

First name

Silma

Last name

Espinosa

Email

silma.espiniosa@gmail.com

Phone Number

+14193867314

**silma.espiniosa@gmail.com**

2021-06-09T13:36:53.505

I'm interested in this community

**rosie_e4@edwardrose.com**

2021-06-09T13:37:01

Hi Silma, Thanks for your interest in Tracy Creek Apartment Homes. We have a 2 bedroom apartment available for $1179. Please keep in mind, prices are subject to change. You can lock in your rate by applying today. We are currently offering self-guided tours of our community and Live Video tours via Zoom. Would you be available for a tour today or tomorrow? Thank you! Best, Rosie Leasing Assistant Unsubscribe

**rosie_e4@edwardrose.com**

2021-06-10T13:40:23

Hi Silma, I wanted to reach out and see if you're still interested in our community? Here's the link to our website: www.tracycreek-apartments.com I would love to set up a tour for you to learn more about our community. Thank you! Best, Rosie Leasing Assistant Unsubscribe

**rosie_e4@edwardrose.com**

2021-06-11T13:50:14

Hi Silma, I wanted to check in again and see if you're still looking for an apartment? If so, I'd love to set up a time for you to connect with one of our leasing agents to learn more about our community! Have a great day! Best, Rosie Leasing Assistant Unsubscribe

**rosie_e4@edwardrose.com**

2021-06-16T14:00:18

Hi Silma, I hope you're doing well! If you're still considering your options, I'd love to help with whatever you need! I would love to set up a time for you to see our community: www.tracycreek-apartments.com Thank you! Best, Rosie Leasing Assistant Unsubscribe