# EXHIBIT J

## Guest Card

### Application For Tracy Creek Apartments

29181 Tracy Creek Drive

Perrysburg, OH
43551

Phone:

### Apartment Information

Apartment:

Bed:

Bath:

Area:

Deposit:

Rent:

### Applicant Information

Name: Silma Espinosa

Office Phone:

Home Phone:

Cell Phone: (419) 386-7314

Fax:

Address:

Amenities:

Notes: Occupants: 2; Pets: 2

Date of Birth:

License Number:

License State:

Email: silma.espiniosa@gmail.com

Expected Move In: 7/30/2021

Bedroom: 2

Desired Rent: $0.00

Lease Term: 0

Source: Apartments.com

Agent: Mary Lynn Bick

### Activity Details

| Type | Date | Complete Date | Agent | Description |
|---|---|---|---|---|
| Canceled Guest | 7/9/2021 | 7/9/2021 | Mary Lynn Bick | |
| Call | 6/9/2021 | 6/9/2021 | Mary Lynn Bick | First contact |
| Email Outgoing | 6/9/2021 | 6/9/2021 | Mary Lynn Bick | Tracy Creek |
| Email Outgoing | 6/9/2021 | 6/9/2021 | Meet Elise | Full conversation link: https://app.meetelise.com/conv/01ebc956-936b-1864-8441-efcd4f709985 |

| | | | | |
|---|---|---|---|---|
| Email Outgoing | 6/9/2021 | 6/9/2021 | Meet Elise | Rosie: Hi Silma, Thanks for your interest in Tracy Creek Apartment Homes. We have a 2 bedroom apartment available for $1179. Please keep in mind, prices are subject to change. You can lock in your rate by applying today. We are currently offering self-guided tours of our community and Live Video tours via Zoom. Would you be available for a tour today or tomorrow? Thank you! Best, Rosie Leasing Assistant Unsubscribe |
| Email Outgoing | 6/25/2021 | 6/25/2021 | Mary Lynn Bick | Tracy Creek |
| Email Outgoing | 6/16/2021 | 6/16/2021 | Meet Elise | Rosie: Hi Silma, I hope you're doing well! If you're still considering your options, I'd love to help with whatever you need! I would love to set up a time for you to see our community: www.tracycreek-apartments.com Thank you! Best, Rosie Leasing Assistant Unsubscribe |
| Email Outgoing | 6/11/2021 | 6/11/2021 | Mary Lynn Bick | Tracy Creek |
| Email Outgoing | 6/11/2021 | 6/11/2021 | Meet Elise | Rosie: Hi Silma, I wanted to check in again and see if you're still looking for an apartment? If so, I'd love to set up a time for you to connect with one of our leasing agents to learn more about our community! Have a great day! Best, Rosie Leasing Assistant Unsubscribe |
| Email Outgoing | 6/10/2021 | 6/10/2021 | Meet Elise | Rosie: Hi Silma, I wanted to reach out and see if you're still interested in our community? Here's the link to our website: www.tracycreek-apartments.com I would love to set up a tour for you to learn more about our community. Thank you! Best, Rosie Leasing Assistant Unsubscribe |