# EXHIBIT K

## Pet Information

Do you have any pets? * (●) Yes ( ) No

| Pet Type * | Weight(lbs) * | Age | Color | Breed * | Name | Gender | Spayed/Neutered | Service Animal |
|---|---|---|---|---|---|---|---|---|
| Pet 0 | | | | | | | | Yes |

+ Add another pet

## Vehicle Information

Do you have any vehicles? * ( ) Yes (●) No

## Emergency Contact

Text Us

Contact Us

Name *

Relationship

Phone *

Country: United States

Address

By using this website you agree to our use of cookies as described in our cookie policy. Got it!
(https://www.tracycreek-apartments.com/termsandconditions.aspx)

Address (line two)