# EXHIBIT M

| The Fair Housing Center | Christina Rodriguez | 419-467-7947 | [redacted] | [redacted] | 10844 | 132801-1(a) |
|---|---|---|---|---|---|---|
| Rental Cover Information | Test Coordinator | Coordinator Contact # | Tester Name | Tester Contact # | Tester ID | Test # |

Rec #4.

Date to be completed: Friday, July 9th, 2021

**Type of Test:**

Site Visit with Appointment: ______ Site Visit without Appointment: ______ Telephone Test: ✓

**Test Details:**

Name to use for test: [redacted] Spouse's Name: N/A Email Address: [redacted]

Marital Status: Single Animal: Assistance Animal Animal Type: Australian Shepherd

**Number of Dependents:**

| Name of dependent(s): | Relationship | Race | Age | Gender | Disabled Y/N |
|---|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A | N/A |

Move-in Date: End of August Reason for moving: Relocated from Promedica downtown to Perrysburg lab, closer to work.

**Current Residential Cover Information:**

Complex Name (if applicable): The LaSalle Apartments Rent Amount: $925

Street Address: 513 Adams Street

City: Toledo State: OH Zip Code: 43604

Name of Landlord: Will provide with application Landlord Phone Number: Will provide with application

Desired Price Range: $1000 To: $1250 # Bedrooms: 1 # of Bathrooms: 1

| Personal | | Spouse |
|---|---|---|
| Race | Caucasian | N/A |
| Disability | Yes – mental | N/A |
| Religion | N/A | N/A |
| Date of Birth | Actual | N/A |
| Age | Actual | N/A |
| National Origin | N/A | N/A |
| SSN | N/A | DO NOT PROVIDE |
| Email Address | [redacted] | N/A |
| Telephone Number | | N/A |
| Mobile or Landline | mobile | N/A |
| Credit Score | Good | N/A |
| Military History | N/A | N/A |
| Criminal History | N/A | N/A |
| Employment/Income | | Spouse |
| Current Employment | Promedica Labs @ Levis Commons | N/A |
| Monthly Income | $5400 | N/A |
| Length of Employment | 5 years | N/A |
| Position | Billing and Account Specialist | N/A |
| Previous Employment | N/A | N/A |
| Other Income Source | N/A | N/A |
| Other Income Monthly | N/A | N/A |

**Site Information:**

Site to be tested: Tracy Creek Apartments Street Address: 29181 Tracy Creek Dr.

City: Toledo State: OH Zip Code: 43551

Name of Contact: Unknown Phone Number: (844) 308-0595

How did you learn about the unit? Apartments.com listing

This document is generated by The Fair Housing Center and is created for its sole use and is to otherwise be kept strictly confidential.



ReTest Not Complete Tester hasn't returned docs as of Oct -21

| The Fair Housing Center | Christina Rodriguez | 419-467-7947 | [redacted] | [redacted] | 10844 | 132801-1(a) |
|---|---|---|---|---|---|---|
| Rental Cover Information | Test Coordinator | Coordinator Contact # | Tester Name | Tester Contact # | Tester ID | Test # |

Additional Instructions:

Before you make contact with the housing provider, please read through your test cover and all of these instructions. Make sure you are able to answer questions about your test cover, though you will be able to have your test cover in front of you for reference when you make the call. Please take note of **your Tester ID Number: 10844.** Please tag your test recording with your Tester ID number, the time, the number you are calling, and the person or place you are calling. For example:

"This is Tester 10844 – I am making a recorded test call at __*(time and date)*__ to Tracy Creek Apartments at (844) 308-0595 "

Please contact Tracy Creek Apartments and ask about the sizes and prices of available one-bedroom apartments. Also ask what amenities are included and what the qualifications are. Casually mention that you have an assistance animal and a verification letter from your **therapist** (not a physician) and ask if there is a fee for the animal. If you are asked to fill out any additional forms for the animal, ask if they will email the forms to you at the email address assigned to you for this test. Ask if there is an application fee and if they can email the application to you or if you can do it online. If you are offered a virtual tour or other information via email, provide the email address assigned to you on this test form: [redacted]

Take notes on the information provided and write a detailed narrative of anything that is not captured by the recording.

Please complete the **Test Report Form** as soon as possible after you make the call and talk to someone about the unit. Please complete the **Test Report Form** with as much detail as possible, striking through and initial any mistakes so they are still legible, and make an **X** or **N/A** for any questions that are not applicable or for which you have no information and strike through all corresponding lines (this is to ensure the report form shows that you have considered and answered every question asked, and none were missed or incomplete).

Also complete the **Contact Report Form** for each call made and received as part of the test, both when there is a discussion and when a message is left or received.

Also, please record an entry on the **Tester Timesheet** for each activity related to this test (rounding to the nearest quarter hour/.25).

If you do not get an answer, please leave a message with your tester name and phone number and state that you are looking for information on available one-bedroom apartments at Tracy Creek. When you receive a call back related to the test, try to place the call on speakerphone and begin recording as soon as possible, tagging your recoding at the end as instructed above.

Please make initial contact on this test on **the morning of Friday, July 9.**

**Contact your Test Coordinator as soon as possible after each call or attempted call, as the Test Coordinator may have additional instructions for you as the test progresses.**

This document is generated by The Fair Housing Center and is created for its sole use and is to otherwise be kept strictly confidential.

| The Fair Housing Center | Christina Rodriguez | 419-467-7947 | [redacted] | [redacted] | 10838 | 132801-1(b) |
|---|---|---|---|---|---|---|
| Rental Cover Information | Test Coordinator | Coordinator Contact # | Tester Name | Tester Contact # | Tester ID | Test # |

**Date to be completed:** The afternoon of Friday, July 9th, when instructed by the test coordinator

**Type of Test:**

Site Visit with Appointment: ______ Site Visit without Appointment: ______ Telephone Test: ✓

**Test Details:**

Name to use for test: [redacted] Spouse's Name: N/A Email Address: [redacted]

Marital Status: Single Pets: N/A Pet Type: N/A

**Number of Dependents:**

| Name of dependent(s): | Relationship | Race | Age | Gender | Disabled Y/N |
|---|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A | N/A |
| | | | | | |

Move-in Date: Beginning of Sept. Reason for moving: Looking for something new/different; rent increasing

**Current Residential Cover Information:**

Complex Name (if applicable): Orchard Lakes Apartments Rent Amount: $875

Street Address: 2161 Orchard Lakes Pl.

City: Toledo State: OH Zip Code: 43615

Name of Landlord: Will provide with application Landlord Phone Number: Will provide with application

Desired Price Range: $900 To: $1100 # Bedrooms: 1 # of Bathrooms: 1

| Personal | Tester | Spouse |
|---|---|---|
| Race | Caucasian | N/A |
| Disability | N/A | N/A |
| Religion | N/A | N/A |
| Date of Birth | Actual | N/A |
| Age | Actual | N/A |
| National Origin | N/A | N/A |
| SSN | DO NOT PROVIDE | DO NOT PROVIDE |
| Email Address | [redacted] | N/A |
| Telephone Number | | N/A |
| Mobile or Landline | Mobile | N/A |
| Credit Score | Fair | N/A |
| Military History | N/A | N/A |
| Criminal History | N/A | N/A |
| **Employment/Income** | **Tester** | **Spouse** |
| Current Employment | St. Lukes | N/A |
| Monthly Income | $5200 | N/A |
| Length of Employment | 4 years | N/A |
| Position | X-Ray technician | N/A |
| Previous Employment | N/A | N/A |
| Other Income Source | N/A | N/A |
| Other Income Monthly | N/A | N/A |

**Site Information:**

Site to be tested: Tracy Creek Apartments Street Address: 29181 Tracy Creek Dr.

City: ~~Toledo~~ Perrysburg State: OH Zip Code: ~~43606~~ 43551

Name of Contact: Unknown Phone Number: (844) 308-0595 ~~419-84~~

How did you learn about the unit? Looking online at Apartments.com

This document is generated by The Fair Housing Center and is created for its sole use and is to otherwise be kept strictly confidential.

| The Fair Housing Center<br>Testing Contact Form | Christina Rodriguez | 419-467-7947 | [redacted] | [redacted] | 10838 | 132801-1(b) |
|---|---|---|---|---|---|---|
| | Test Coordinator | Coordinator Contact # | Tester Name | Tester Contact # | Tester ID | Test # |

Tester's Name (actual): [redacted] Tester ID#: 10838

Tester's Cover Name: [redacted] Tester's Telephone Number: [redacted]

## Contact Details:

Date of Contact: 7/9/2021 Time of Contact: 11:39am

| Type of Contact: (check one) | Voice Mail Message | Phone Conversation | Text Message | Email | Other: |
|---|---|---|---|---|---|
| | | X | | | |

Was Message Received? Y/N ☐ Was Message Sent? Y/N ☐

From this Number: ______ To This Number: ______

From this Email Address: ______

To this Email Address: ______

Message Content:

## Contact Details:

Date of Contact: ______ Time of Contact: ______

| Type of Contact: (check one) | Voice Mail Message | Phone Conversation | Text Message | Email | Other: |
|---|---|---|---|---|---|
| | | | | | |

Was Message Received? Y/N ☐ Was Message Sent? Y/N ☐

From this Number: ______ To This Number: ______

From this Email Address: ______

To this Email Address: ______

Message Content:

Tester Signature: ______ Date: ______

Tester Initials: [redacted] Date: 7/9/21



This document is generated by The Fair Housing Center and is created for its sole use and is to otherwise be kept strictly confidential.



Confidential - Subject to Protective Order

| | | | | | | |
|---|---|---|---|---|---|---|
| The Fair Housing Center | Christina Rodriguez | 419-467-7947 | [redacted] | [redacted] | 10838 | 132801-1(b) |
| Rental Cover Information | Test Coordinator | Coordinator Contact # | Tester Name | Tester Contact # | Tester ID | Test # |

Additional Instructions:

Before you make contact with the housing provider, please read through your test cover and all of these instructions. Make sure you are able to answer questions about your test cover, though you will be able to have your test cover in front of you for reference when you make the call. Please take note of **your Tester ID Number: 10838.** Please tag your test recording with your Tester ID number, the time, the number you are calling, and the person or place you are calling. For example:

"This is Tester 10838 – I am making a recorded test call at *(time and date)* to Tracy Creek Apartments at (844) 308-0595 "

Please contact Tracy Creek and ask about the sizes and prices of available one-bedroom apartments. Also ask what amenities are included and what the qualifications are. Ask if there is an application fee and if you can apply online. If you are offered a virtual tour or other information via email, provide the email address assigned to you on this test form:
[redacted]

Take notes on the information provided and write a detailed narrative of anything that is not captured by the recording.

Please complete the **Test Report Form** as soon as possible after you make the call and talk to someone about the unit. Please complete the **Test Report Form** with as much detail as possible, striking through and initial any mistakes so they are still legible, and make an **X** or **N/A** for any questions that are not applicable or for which you have no information and strike through all corresponding lines (this is to ensure the report form shows that you have considered and answered every question asked, and none were missed or incomplete).

Also complete the **Contact Report Form** for each call made and received as part of the test, both when there is a discussion and when a message is left or received.

Also, please record an entry on the **Tester Timesheet** for each activity related to this test (rounding to the nearest quarter hour/.25).

If you do not get an answer, please leave a message with your tester name and phone number and state that you are looking for information on available one-bedroom apartments at Tracy Creek Apartments. When you receive a call back related to the test, try to place the call on speakerphone and begin recording as soon as possible, tagging your recoding at the end as instructed above.

Please make initial contact on this test on **the afternoon of Friday, July 9, 2021, when instructed by the test coordinator.**

**Contact your Test Coordinator as soon as possible after each call or attempted call, as the Test Coordinator may have additional instructions for you as the test progresses.**

This document is generated by The Fair Housing Center and is created for its sole use and is to otherwise be kept strictly confidential.