# EXHIBIT N

| The Fair Housing Center | Jacqueline Banks | 419-243-6163 ext.114 | [redacted] | [redacted] | 10832 | 132801-2 (a) |
|---|---|---|---|---|---|---|
| Rental Cover Information | Test Coordinator | Coordinator Contact # | Tester Name | Tester Contact # | Tester ID | Test # |

Date to be completed: 10/15/2021

**Type of Test:**

Site Visit with Appointment: ____ Site Visit without Appointment: ☑ Telephone Test: ____

**Test Details:**

Name to use for test: [redacted] Spouse's Name: N/A Email Address: [redacted]

Marital Status: Single Pets: No - ESA Pet Type: ESA - Beagle

**Number of Dependents:**

| Name of dependent(s): | Relationship | Race | Age | Gender | Disabled Y/N |
|---|---|---|---|---|---|
| N/A | | | | | |

Move-in Date: Early November Reason for moving: Lease ending; to get away from high traffic area

**Current Residential Cover Information:**

Complex Name (if applicable): Fort Meigs at Levis Rent Amount: $950

Street Address: 13499 Roachton Rd.

City: Perrysburg State: OH Zip Code: 43551

Name of Landlord: Will provide with applications Landlord Phone Number: Will provide with applications

Desired Price Range: $1000 To: $1100 # Bedrooms: 2 # of Bathrooms: 1

| Personal | Tester | Spouse |
|---|---|---|
| Race | Caucasian | N/A |
| Disability | PTSD | N/A |
| Religion | N/A | N/A |
| Date of Birth | Actual - 1996 | N/A |
| Age | 25 | N/A |
| National Origin | N/A | N/A |
| SSN | DO NOT PROVIDE | DO NOT PROVIDE |
| Email Address | [redacted] | N/A |
| Telephone Number | | N/A |
| Mobile or Landline | Mobile | N/A |
| Credit Score | Good | N/A |
| Military History | N/A | N/A |
| Criminal History | N/A | N/A |
| **Employment/Income** | **Tester** | **Spouse** |
| Current Employment | Verizon | N/A |
| Monthly Income | 4000 | N/A |
| Length of Employment | 3.5 years | N/A |
| Position | Senior Sales Rep | N/A |
| Previous Employment | N/A | N/A |
| Other Income Source | N/A | N/A |
| Other Income Monthly | N/A | N/A |

**Site Information:**

Site to be tested: Tracy Creek Apartments Street Address: 29181 Tracy Creek Drive

City: Perrysburg State: OH Zip Code: 43551

Name of Contact: Unknown / Property Manager Phone Number: 419-662-2900

How did you learn about the unit? Searching online

This document is generated by The Fair Housing Center and is created for its sole use and is to otherwise be kept strictly confidential.

| | | | | | | |
|---|---|---|---|---|---|---|
| The Fair Housing Center | Jacqueli Banks | 419-243-6163 ext.114 | [redacted] | [redacted] | 10832 | 132801-2 (a) |
| Rental Cover Information | Test Coordinator | Coordinator Contact # | Tester Name | Tester Contact # | Tester ID | Test # |

**Additional Instructions:**

Before you contact the housing provider, please read through your test cover and all of these instructions. Make sure you can answer questions about your test cover. Please take note of **your Tester ID Number: 10832.** Please tag your test recording with your Tester ID number, the time, the number you are calling, and the person or place you are calling.

**For example:**
"This is Tester 10832 – I am recording a rental test visit at ___*(time and date)*___ and am getting ready to enter Tracy Creek Apartments. "

When you enter Tracy Creek Apartments, ask about the sizes and prices of available one-bedroom apartments. Ask if you can view one or more and what amenities are included and what the qualifications to rent are required. Casually mention that you have an assistance animal and a verification letter from your **therapist** (not a physician) and ask if there is a fee for the animal. If you are asked to fill out any additional forms for the animal, collect them to return later, or ask if they will email the forms to you at the email address assigned to you for this test. Ask if there is an application form and they will give it to you or if you can do it online. If you are offered a virtual tour or other information via email, provide the email address assigned to you on this test form: [redacted]f asked, provide phone number (make sure your voicemail is generic).

Take notes on the information provided and write a detailed narrative of anything that is not captured by the recording, including the apartment unit numbers you view.

Please complete the **Test Report Form** as soon as possible after you make the visit and talk to someone about the unit. Please complete the **Test Report Form** with as much detail as possible, strike through and initial any mistakes so they are still legible and make an **X** or **N/A** for any questions that are not applicable or for which you have no information and strike through all corresponding lines (this is to ensure the report form shows that you have considered and answered every question asked, and none were missed or incomplete).

Also complete the **Contact Report Form** for each contact made and/or call or email received as part of the test, both when there is a discussion, and when a message is left or received.

In addition, please record an entry on the **Tester Timesheet** for each activity related to this test (rounding to the nearest quarter hour/.25).

If you receive a call after the test, try to place the call on speakerphone and begin recording as soon as possible, tagging your recording at the end as instructed above or you can save the voicemail.

Please visit Tracy Creek to complete this test on **the morning of Friday, September 15, 2021.**

**Contact your Test Coordinator as soon as possible after each call or attempted call, as the Test Coordinator may have additional instructions for you as the test progresses.**

| The Fair Housing Center | Jacqueline Banks | 419-243-6163 ext. 114 | [redacted] | [redacted] | 10839 | 132801-2 (b) |
|---|---|---|---|---|---|---|
| Rental Cover Information | Test Coordinator | Coordinator Contact # | Tester Name | Tester Contact # | Tester ID | Test # |

Date to be completed: 10/15/2021

**Type of Test:**

Site Visit with Appointment: ______ Site Visit without Appointment: ☑ Telephone Test: ______

**Test Details:**

Name to use for test: [redacted] Spouse's Name N/A Email Address [redacted]

Marital Status: Single Pets: N/A Pet Type N/A

**Number of Dependents:**

| Name of dependent(s): | Relationship | Race | Age | Gender | Disabled Y/N |
|---|---|---|---|---|---|
| N/A | | | | | |

Move-in Date: Late November Reason for moving: Looking for something better/newer

**Current Residential Cover Information:**

Complex Name (if applicable): Brandon Manor Rent Amount $870

Street Address: 7408 Lunitas Lane

City: Perrysburg State: OH Zip Code: 43551

Name of Landlord: Will provide with applications Landlord Phone Number: Will provide with applications

Desired Price Range: $975 To: $1100 # Bedrooms: 2 # of Bathrooms 1

| Personal | Tester | Spouse |
|---|---|---|
| Race | Caucasian | N/A |
| Disability | N/A | N/A |
| Religion | N/A | N/A |
| Date of Birth | Actual - 1988 | N/A |
| Age | 33 | N/A |
| National Origin | N/A | N/A |
| SSN | DO NOT PROVIDE | DO NOT PROVIDE |
| Email Address | [redacted] | N/A |
| Telephone Number | | N/A |
| Mobile or Landline | Mobile | N/A |
| Credit Score | Good | N/A |
| Military History | N/A | N/A |
| Criminal History | N/A | N/A |
| **Employment/Income** | **Tester** | **Spouse** |
| Current Employment | HCR ManorCare | N/A |
| Monthly Income | 4600 | N/A |
| Length of Employment | 2 years | N/A |
| Position | Patient Care Manager (Remote) | N/A |
| Previous Employment | N/A | N/A |
| Other Income Source | N/A | N/A |
| Other Income Monthly | N/A | N/A |

**Site Information:**

Confidential - Subject to Protective Order
Plaintiffs 00121

Site to be tested: Tracy Creek Apartments Street Address: 29181 Tracy Creek Drive

City: Perrysburg State: OH Zip Code: 43551

Name of Contact: Unknown / Property Manager Phone Number: 419-662-2900

How did you learn about the unit? Searching online

This document is generated by The Fair Housing Center and is created for its sole use and is to otherwise be kept strictly confidential.

| | | | | | | |
|---|---|---|---|---|---|---|
| The Fair Housing Center | Jacqueline Banks | 419-243-6163 ext. 114 | [redacted] | [redacted] | 10839 | 132801-2 (b) |
| Rental Cover Information | Test Coordinator | Coordinator Contact # | Tester Name | Tester Contact # | Tester ID | Test # |

**Additional Instructions:**

Before you contact the housing provider, please read through your test cover and all of these instructions. Make sure you can answer questions about your test cover. Please take note of **your Tester ID Number: 10839.** Please tag your test recording with your Tester ID number, the time, the number you are calling, and the person or place you are calling.

**For example:**
"This is Tester 10839 – I am recording a rental test visit at ___*(time and date)*___ and am getting ready to enter Tracy Creek Apartments. "

When you enter Tracy Creek Apartments, ask about the sizes and prices of available one-bedroom apartments. Ask if you can view one or more and what amenities are included and what the qualifications to rent are required. If you are asked to fill out any additional forms, collect them to return later, or ask if they will email the forms to you at the email address assigned to you for this test. Ask if there is an application form and they will give it to you or if you can do it online. If you are offered a virtual tour or other information via email, provide the email address assigned to you on this test form: [redacted] If asked, provide phone number (make sure your voicemail is generic).

Take notes on the information provided and write a detailed narrative of anything that is not captured by the recording, including the apartment unit numbers you view.

Please complete the **Test Report Form** as soon as possible after you make the visit and talk to someone about the unit. Please complete the **Test Report Form** with as much detail as possible, strike through and initial any mistakes so they are still legible and make an **X** or **N/A** for any questions that are not applicable or for which you have no information and strike through all corresponding lines (this is to ensure the report form shows that you have considered and answered every question asked, and none were missed or incomplete).

Also complete the **Contact Report Form** for each contact made and/or call or email received as part of the test, both when there is a discussion, and when a message is left or received.

In addition, please record an entry on the **Tester Timesheet** for each activity related to this test (rounding to the nearest quarter hour/.25).

If you receive a call after the test, try to place the call on speakerphone and begin recording as soon as possible, tagging your recording at the end as instructed above or you can save the voicemail.

Confidential - Subject to Protective Order 

Please make complete this test on **the morning of Friday, September 15, 2021.**

**Contact your Test Coordinator as soon as possible after each call or attempted call, as the Test Coordinator may have additional instructions for you as the test progresses.**

This document is generated by The Fair Housing Center and is created for its sole use and is to otherwise be kept strictly confidential.
Rental Cover Information Rev 2019-08