# EXHIBIT R

EDWARD ROSE & SONS

# Emotional Support Animal Policy

## Requirements:

1. **Verification from a licensed medical practitioner.**
2. **Verification must show the relationship between the disability and the accommodation requested.**
3. **Practitioner must be licensed and practicing within the same state as the applicant and support animal.**

## Who counts as a licensed medical professional:

1. **Licensed Counselor/Therapist**
2. **DO, MD, PA**

## Justification: HUD/DOJ:

**Information verifying that the applicant meets the requirements for the accommodation may be provided by a medical professional or "a reliable third party who is in a position to know about the individual's disability."**

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

ER000148