# EXHIBIT S

**Email: Sent** View **Meet Elise**

3 years ago MeetElise

1/7/2022 12:57 PM

Email: Sent - Google Chrome

yardiasp14.com/56703siflex/rescrm.LeasingPad/ReceivedEmail?eMailQueId=10788512&bSentEmail=True&iRecordT...

## Email: Sent

Resend

Email From: rosie_e4@edwardrose.com

Email To *: anniekohli423@gmail.com

Cc:

Subject *: Rosie: Hi Annie, How was your

**Attachments**

Source

Styles Format Font Size

Related Training

Hi Annie, How was your tour? Do you have any questions? Is there any additional information that would be helpful? Here's the link to our online application: https://tracycreek-apartments.securecafe.com/onlineleasing/tracy-creek-apartments/oleapplication.aspx Best, Rosie Leasing Assistant Unsubscribe

**Email: Sent** — 3 years ago — View — Meet Elise (MeetElise)

**Email: S**[1/9/2022 10:33 AM] — View — Meet Elise (MeetElise)

Email: Sent - Google Chrome

yardiasp14.com/56703siflex/rescrm.LeasingPad/ReceivedEmail?eMailQueId=10813975&bSentEmail=True&iRecordT...

## Email: Sent

Resend

Email From: rosie_e4@edwardrose.com

Email To *: anniekohli423@gmail.com

Cc:

Subject *: Rosie: Hi Annie, Thanks for coı

**Attachments**

Source | Styles | Format | Font | Size | ?

Hi Annie, Thanks for coming out to see our community yesterday! We hope you enjoyed your tour and our community met your expectations. Please let us know if you have any additional questions prior to applying for your apartment home. Here's the link to our online application: https://tracycreek-apartments.securecafe.com/onlineleasing/tracy-creek-apartments/oleapplication.aspx Best, Rosie Leasing Assistant Unsubscribe

Related Training

Email: Sent 3 years ago | View | Dana Holliday

Follo[w] 1/12/2022 4:28 PM | Dana Holliday

Email: Sent - Google Chrome

yardiasp14.com/56703siflex/rescrm.LeasingPad/ReceivedEmail?eMailQueId=10855529&bSentEmail=True&iRecordT...

## Email: Sent

Resend

Email From: TRACYCREEK.Reply.EdwardF

Email To *: anniekohli423@gmail.com

Cc:

Subject *: Tracy Creek

**Attachments**

Source | Styles | Format | Font | Size

Related Training

Good Evening Annie,

Thank you for visiting our community! I'm interested in hearing your thoughts and answer any questions you may have. Feel free to contact me by responding to this email or calling (419) 662-2900 during our leasing office hours, which are Monday-Friday: 9:00 to 6:00 and Saturday 10:00 to 4:00.

Thank you,

Dana

**Email: Sent** 3 years ago  View  Meet Elise MeetElise

1/15/2022 11:32 AM

Email: Sent - Google Chrome

yardiasp14.com/56703siflex/rescrm.LeasingPad/ReceivedEmail?eMailQueId=10890607&bSentEmail=True&iRecordT...

## Email: Sent

Resend

Email From: rosie_e4@edwardrose.com

Email To *: anniekohli423@gmail.com

Cc:

Subject *: Rosie: Hi Annie, I wanted to fol

**Attachments**

Source  Styles  Format  Font  Size

Related Training

Hi Annie, I wanted to follow up to see if you have any additional questions about the community or if there's anything else I can help you with? Here's the link to our online application: https://tracycreek-apartments.securecafe.com/onlineleasing/tracy-creek-apartments/oleapplication.aspx Best, Rosie Leasing Assistant Unsubscribe

Email: Sent
3 years ago

View

Dana Holliday

Email: Sent

1/19/2022 9:27 AM

View

Meet Elise

Email: Sent - Google Chrome

yardiasp14.com/56703siflex/rescrm.LeasingPad/ReceivedEmail?eMailQueId=10987139&bSentEmail=True&iRecordT...

## Email: Sent

Resend

Email From: TRACYCREEK.Reply.EdwardF

Email To *: anniekohli423@gmail.com

Cc:

Subject *: Tracy Creek

**Attachments**

Source

Styles Format Font Size

Related Training

Good Morning Annie,

Thank you for visiting our community! I'm interested in hearing your thoughts and answer any questions you may have. Feel free to contact me by responding to this email or calling (419) 662-2900 during our leasing office hours, which are Monday-Friday: 9:00 to 6:00 and Saturday 10:00 to 4:00.

Thank you,

Dana

**Email: Sent** 👁 View **Meet Elise**
3 years ago MeetElise

1/27/2022 12:35 PM

Email: Sent - Google Chrome

yardiasp14.com/56703siflex/rescrm.LeasingPad/ReceivedEmail?eMailQueId=11129016&bSentEmail=True&iRecordT...

## Email: Sent

Resend

Email From: rosie_e4@edwardrose.com

Email To *: anniekohli423@gmail.com

Cc:

Subject *: Rosie: Hi Annie, I'm reaching o

**Attachments**

Source Styles Format Font Size

Related Training

Hi Annie, I'm reaching out again in case you're interested in connecting with an on-site agent. I'm happy to help with whatever you need! Best, Rosie Leasing Assistant Unsubscribe

**Email: Sent** 👁 View **Meet Elise**
3 years ago MeetElise

1/31/2022 10:37 AM

**Email: Se**... View **Meet Elise**

Email: Sent - Google Chrome

yardiasp14.com/56703siflex/rescrm.LeasingPad/ReceivedEmail?eMailQueId=11167009&bSentEmail=True&iRecordT...

## Email: Sent

Resend

Email From: rosie_e4@edwardrose.com

Email To *: anniekohli423@gmail.com

Cc:

Subject *: Rosie: Hi Annie, I just wanted t

**Attachments**

Source | Styles | Format | Font | Size

Hi Annie, I just wanted to follow up and see if you're still considering Tracy Creek Apartment Homes! Best, Rosie Leasing Assistant Unsubscribe

Related Training

**Email: Sent** View **Meet Elise**
3 years ago MeetElise

**Follow** 2/1/2022 12:33 PM **Dana Holliday**

Email: Sent - Google Chrome

yardiasp14.com/56703siflex/rescrm.LeasingPad/ReceivedEmail?eMailQueId=11185628&bSentEmail=True&iRecordT...

## Email: Sent

Resend

Email From: rosie_e4@edwardrose.com

Email To *: anniekohli423@gmail.com

Cc:

Subject *: Rosie: Hi Annie, I know this is r

**Attachments**

Source | Styles | Format | Font | Size

Hi Annie, I know this is right around when you were looking to move. Are you still looking? Best, Rosie Leasing Assistant
Unsubscribe

Related Training

| | | | |
|---|---|---|---|
| Follow-Up<br>Completed 3 years ago | JoLynn Bultemeier | Tracy Creek Apartments | Walk-in, toured 7174-1A. Follow up notes entered |
| Email: Sent 2/24/2022 4:53 PM | Meet Elise | Tracy Creek | |

**Email: Sent** 3 years ago View Dana Holliday

3/1/2022 10:43 AM

Email: Sent - Google Chrome

yardiasp14.com/56703siflex/rescrm.LeasingPad/ReceivedEmail?eMailQueId=11653680&bSentEmail=True&iRecordT...

## Email: Sent

Resend

Email From: TRACYCREEK.Reply.EdwardF

Email To *: anniekohli423@gmail.com

Cc:

Subject *: Tracy Creek

**Attachments**

Source

Styles Format Font Size

Related Training

Good Morning Annie,

Just a quick check in to see if you're still interested in Tracy Creek Apartment Homes Community. If there is anything that I can help you with please let me know. Feel free to contact me by responding to this email or calling (419) 662-2900 during our leasing office hours, which are Monday-Friday: 9:00 to 6:00 and Saturday 10:00 to 4:00.

~Dana

**Email: Opened** — View — Dana Holliday
4 years ago

10/19/2021 9:57 AM

Follow Up — Dana Holliday

Email: Opened - Google Chrome

yardiasp14.com/56703siflex/rescrm.LeasingPad/ReceivedEmail?eMailQueId=9451487&bSentEmail=True&iRecordTy...

## Email: Opened

Resend

Email From: TRACYCREEK.Reply.EdwardF

Email To *: patfishbg23@gmail.com

Cc:

Subject *: Tracy Creek

**Attachments**

Source — Styles — Format — Font — Size

Related Training

Good Morning Patty,

Thank you for visiting our community! I'm interested in hearing your thoughts and answer any questions you may have. You can reach me at (419) 662-2900 during our leasing office hours, which are Monday - Friday: 9:00 to 6:00

Thank you,

Dana